# EXHIBIT 2

## AFFIDAVIT OF VERN WILSON

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

Vern Wilson, of lawful age, first being duly sworn upon oath, makes the following statements based upon his personal knowledge:

1. My name is Vern Wilson.

2. In May of 2020, I was a Lieutenant with the Oklahoma Highway Patrol.

3. The Report attached below as Exhibit A was prepared in order document my personal observations of certain events which occurred in May of 2020.

4. Exhibit A is a complete and accurate representation of the observations of certain events I witnessed in May of 2020.

FURTHER AFFIANT SAYETH NOT.

_____ 09/24/2024
VERN WILSON
OHP Lieutenant
Oklahoma Highway Patrol
Department of Public Safety
State of Oklahoma

The foregoing instrument was acknowledged before me this 24th day of September, 2024,

By VERN WILSON.

_____
NOTARY PUBLIC

My Commission Expires: June 26, 2028
My Commission Number: 12005930



Oklahoma Department of Public Safety
**Oklahoma Highway Patrol**

**SUPPLEMENTAL FORM**

[x] OHP Investigation
[ ] Agency Assist

Page 1 of 3

TITLE OF REPORT     LIEUTENANT VERN WILSON STATEMENT

On Sunday, May 31, 2020, at approximately 5:30 PM, Lieutenant VERN WILSON was as on special assignment as a Strike Team Leader for a rally/protest which was in an open field just north of the Vernon Chapel AME Church located at 311 N. Greenwood Ave in Tulsa. WILSON was to supervise the shutting down the eastbound lanes of I 244 should protesters enter onto the highway. The previous day, there had been an organized effort where protesters had entered onto I 44 and had attempted to block the roadway. It was suspected protesters may attempt to do the same during this protest/rally.

At approximately 2:30 PM, WILSON attended a multi-agency briefing that was held at the Tulsa Police Department (TPD) Training Center. He learned the rally/protest was going to begin at the open field just north of the Vernon Chapel AME Church with speakers and then a march was going to occur from that location to the John Hope Reconciliation Park located at 321 N. Detroit Ave in Tulsa. The route of the march was to have been south on Greenwood Ave, west on Archer St, then north on Elgin Ave and the marchers would enter into the park at a gate on the northeast corner of the park. After the TPD briefing, WILSON then went to Troop B Headquarters. There he relayed information from the TPD briefing to his command staff.

While at Troop B Headquarters, TPD officials notified the OHP Command Staff that the march route had changed. Instead of continuing north on Elgin Ave to the park, the route now was to go west on Reconciliation Way St from Elgin Ave and then north on Detroit Ave. Detroit Ave in this area at the I 244 underpass there are off and on ramps to I 244 between the east and westbound lanes of I 244 which would make easy access to any pedestrian traffic to walk onto I 244. This notification was made approximately thirty minutes prior to the beginning of the march. This caused concern for OHP Command for the possibility of protesters entering upon I 244. After a briefing with OHP personnel at Troop B headquarters, at approximately 4:30 PM, WILSON and his Strike Team members went to Kerr State building located at 440 S. Houston Ave in downtown Tulsa where they staged in case they needed to shut down the eastbound lanes of I 244 should the protesters enter onto I 244.

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| LT VERN WILSON | 160 | B | TULSA | 20-0092CI | 07/14/2020 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

20-0092CI

## LIEUTENANT VERN WILSON STATEMENT

Page 2 of 3

At 5:54 PM, WILSON and his Strike Team members were advised over the radio that when the march reached I 244 from Detroit Ave that a large number of protesters had entered onto I 244 and had stopped traffic. WILSON ordered his Strike Team members to close eastbound I 244 which they did. WILSON drove to eastbound I 244 near Detroit Ave. There, he observed stopped motor vehicle traffic in all three eastbound lanes of I 244 which had backed up to the M.L. King Jr. Blvd exit. He also observed vehicles turning around and traveling westbound in the eastbound lanes.

WILSON drove as far as he could on the outside shoulder of I 244. At 6:01 PM, WILSON advised dispatch that there were approximately one hundred vehicles that were trapped on I 244 and he was going to go to the front of the stoppage to find out if he could get them through. He then exited his unit on foot and walked to the front of the stoppage. While walking to the front of the stoppage, WILSON encountered many motorist who were extremely frightened. WILSON advised them to remain in their vehicle, to roll up their windows, lock their doors and he would try to get them past the blockage. At the front of the blockage, WILSON encountered a white male driver and a white female front seat passenger in a pickup truck pulling a horse trailer. They asked WILSON to assist them. WILSON advised them to remain in their vehicle, roll up their windows, lock their doors and he would get them out of the situation.

At 6:04 PM, while at the front of the blockage on eastbound I 244 at the Detroit Ave area, WILSON observed and notified dispatch that approximately five hundred protesters had entered upon the roadway and had blocked traffic. WILSON made the following observations: many of the protesters were using marijuana, he observed two black male subjects carrying 12 gauge pump shotguns in a single handed hold in vertical upright positions, the protesters were extremely agitated, shouting and angry, and a black male subject wearing a three piece suit with a bullhorn was inciting the crowd. WILSON spoke with two different protesters and asked them who was in charge. Both answered they would not talk with me, but would only the speak with the mayor and to get him down there.

WILSON believed it to have been fruitless to have attempted to gain the angry crowd of protesters' cooperation in moving out of the way to allow the stranded motorists to pass through safely. WILSON informed the man and woman in the pickup truck pulling the horse trailer that he would get them out of the situation and to remain inside their vehicle with their windows up and their doors locked. WILSON planned to walk to the back of the trapped vehicles, turn them around westbound in the eastbound lanes, have them go to either the US 412 location or the L.L. Tisdale Parkway interchange where troopers had shut down I 244 eastbound, and have the troopers stationed there turn them back southbound on US 75 south/I 244 west or northbound at the L.L. Tisdale Parkway.

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

20-0092CI

LIEUTENANT VERN WILSON STATEMENT

Page 3 of 3

WILSON informed dispatch of the plan, and the troopers at this location to be expecting the wrong way traffic. At 6:18 PM, before reaching the back of the stopped traffic, WILSON heard the troopers assigned east of his location advised that a Molotov cocktail had been thrown at a pickup truck pulling a trailer, and the protesters on I 244 eastbound were attacking and jumping on it. The troopers east of WILSON's location then advised the pickup truck pulling the trailer had made it through the crowd of protesters to their location and they were now assisting it's occupants.

Upon reaching the back of the stopped vehicles on I 244 eastbound, WILSON and Captain PHIL GUEST then began to turn the stopped eastbound vehicles around and directed them to go west to the troopers who were awaiting them to get them going back the right direction and safely around the protesters on I 244. WILSON and GUEST were later joined by Captain MARK ROACH who assisted with this task.

At approximately 6:25 PM, after clearing out the trapped vehicles, WILSON received reports that some of the protesters had been struck by vehicles and needed medical assistance. EMSA personnel could not respond until the scene was secure. WILSON drove back down near the crowd on I 244 eastbound and exited his vehicle. He was directed to a young white female who was lying on the pavement. She had no apparent injury. An adult white female with a hand made shirt identifying her as a medic was attending to her. The adult female said the young female had possibly been struck by a vehicle. WILSON asked her where she was hurt. She said she had been pushed down by the crowd and had hit the pavement. She appeared to WILSON to have suffering from a possible panic attack and had no visible injuries. WILSON assisted her with walking back to an EMSA vehicle which had been staged west of the crowd on I 244 eastbound and turned her over to EMSA personnel. WILSON later learned from the EMSA personnel that the young female subject refused any further treatment and walked away from their location on foot.

At approximately 6:40 PM, WILSON then responded to a call for medical assistance on the eastbound on ramp to I 244 from Detroit Ave. At the end of the on ramp as it merged with I 244 eastbound, there he found a middle aged white female. She stated that her hip was hurt and that she had been knocked to the ground by the crowd of protesters as they were attacking the pickup truck pulling the trailer. With OHP unit escorts, EMSA respond to this call. The middle aged female was quickly loaded into the ambulance and transported from the scene.

WILSON remained in the area until the crowd of protesters dissipated and left the roadway. At 7:56 PM, WILSON and his Strike Team members opened the roadway after being ordered to do so by the OHP Command Staff. WILSON and his Strike Team members were later reassigned to the I 44 and Peoria Ave area due to protesters believed to have been in route there to possibly block the roadway.

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.