# EXHIBIT 5

**Page 1**

1  IN THE UNITED STATES DISTRICT COURT FOR THE
     NORTHERN DISTRICT OF OKLAHOMA
2

3  (1) THOMAS KNIGHT,       )
          Plaintiff,        )
4                           )
   vs.                      )  Case No.:
5                           )  4:22-cv-00069-TCK-SH
   (1) STATE OF OKLAHOMA,   )
6      ex rel, OKLAHOMA     )
       DEPARTMENT OF        )
7      PUBLIC SAFETY, a     )
       Public Agency of     )
8      the State of         )
       Oklahoma;            )
9  (2) JOHN SCULLY;         )
   (3) BRENT SUGG;          )
10 (4) CITY OF TULSA;       )
   (5) WENDELL FRANKLIN;    )
11 (6) STATE OF OKLAHOMA    )
       DOES 1-15            )
12 (7) CITY OF TULSA DOES   )
       16-30; and          )
13 (8) JOHN DOE DRIVER,     )
          Defendants.       )
14

15

16

17           VIDEO DEPOSITION OF
                  KEITH SUMNER
18

19  DATE:  JANUARY 18, 2024

20  REPORTER:  MARISA SPALDING, CSR, RPR

21

22

23           Spalding Reporting Service, Inc.
              1611 South Utica Avenue, Box 153
24                 Tulsa, Oklahoma 74104
              spaldingreportingservice@cox.net
25                   (918) 284-2017

**Page 2**

1  A P P E A R A N C E S :
2
   FOR THE PLAINTIFF:
3  SMOLEN LAW, PLLC
   611 South Detroit Avenue
4  Tulsa, Oklahoma 74120
        BY: MR. JACK W. WARREN
5
   FOR KEITH & JESSE SUMNER:
6  WILSON, CAIN & ACQUAVIVA
   1717 South Boulder, Suite 200
7  Tulsa, Oklahoma 74119
        BY: MR. JOSEPH T. ACQUAVIVA, JR.
8              (Appearing by Zoom)
            MR. ERNEST R. WALCHER, III
9              (Appearing in person)
10 FOR THE CITY OF TULSA:
   175 East 2nd Street, Suite 685
11 Tulsa, Oklahoma 74103
        BY: MR. HAYES MARTIN
12
   FOR THE OKLAHOMA OFFICE OF THE
13 ATTORNEY GENERAL
   313 NE 21st Street
14 Oklahoma City, Oklahoma 73105
        BY: MR. KEVIN L. MCCLURE
15
   FOR RAMONA TRAILER:
16 JOHNSON, RYAN & RYAN
   727 East Hobson Ave
17 Sapulpa, Oklahoma 74066
        BY: MR. SCOTT RYAN
18
   FOR SUMNER CATTLE COMPANY:
19 STARR, BEGIN & KING, PLLC
   1800 South Baltimore Avenue
20 Suite 550
   Tulsa, Oklahoma 74119
21      BY: MR. JON STARR
22
23 ALSO PRESENT:  Chris Felty, Videographer
                  Jesse Sumner
24
25

**Page 3**

1       DEPOSITION OF KEITH SUMNER, produced as

2  a witness duly sworn by me, taken in the

3  above-styled and numbered cause on the 18th

4  day of January, 2024, before MARISA

5  SPALDING, Certified Shorthand Reporter No.

6  01750 in and for the State of Oklahoma, at

7  the offices of Wilson, Cain & Acquaviva, in

8  accordance with the agreement hereinafter

9  set forth.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 4**

1         A G R E E M E N T S

2     It is hereby agreed by and between the

3  parties hereto, through their respective

4  attorneys appearing herein, that the

5  Plaintiff may take the deposition of KEITH

6  SUMNER at this time, that said deposition is

7  being taken by Notice & Agreement, and said

8  deposition is being taken with the same

9  force and effect as though all the

10 requirements of the Rules and Statutes had

11 been fully complied with.

12    It is further agreed by and between the

13 parties hereto, through their attorneys

14 appearing herein, that any and all

15 objections to any question, except as to

16 form contained herein, may be made upon the

17 offering of this deposition in evidence upon

18 the trial of this cause with the same force

19 and effect as though the witness were

20 present in person and testifying from the

21 witness stand.

22    It is further agreed by and between the

23 parties hereto, through their attorneys

24 appearing herein, that this deposition may

25 be signed before any Notary Public and

---

5

1  thereafter returned into Court and used upon
2  the trial of this cause with the same force
3  and effect as though all requirements of the
4  Rules and Statutes with reference to
5  signature and return had been fully complied
6  with.
7      It is further agreed by and between the
8  parties hereto, through their attorneys
9  appearing herein, that if the original of
10  this deposition has not been properly signed
11  before any officer authorized to administer
12  oaths within (30) days after its submission
13  to said witness and thereafter returned to
14  the attorney who asked the first question
15  appearing in the transcript prior to any
16  contested hearing in this cause, that an
17  unsigned, certified copy may be substituted
18  and used for all purposes, the same as
19  though the original had been signed by said
20  witness and properly returned.
21
22
23
24
25

---

6

1              INDEX
2                      PAGE
3  Appearances              2
4  Agreements               3
5  KEITH SUMNER
6    Examination by Mr. Warren      8
7    Examination by Mr. McClure    75
8  Jurat              82
9  Correction Sheet          83
10  Reporter's Certificate      84
11
12        (NO EXHIBITS)
13
14
15
16
17
18
19
20
21
22
23
24
25

---

7

1          P R O C E E D I N G S
2
3          THE VIDEOGRAPHER:  We're on the
4  record at 10:23 on Thursday, January 18th,
5  2024.  Counsel, will you please state your
6  appearances for the record.
7          MR. WARREN:  Jack Warren for the
8  plaintiff, Thomas Knight.
9          MR. STARR:  Jon Starr for
10  Sumner Cattle Company.
11          MR. RYAN:  Scott Ryan for
12  Ramona Trailer.
13          MR. MCCLURE:  Kevin McClure
14  with the Oklahoma Attorney General's Office
15  for DPS/OHP.
16          MR. MARTIN:  Hayes Martin for
17  the City of Tulsa.
18          THE VIDEOGRAPHER:  Court
19  reporter please swear in the --
20          MR. WARREN:  Actually, I think
21  we're miss --
22          MR. WALCHER:  Oh, Ernest
23  Walcher.
24          MR. ACQUAVIVA:  And Jay
25  Acquaviva and Trip Walcher for Jesse and

---

8

1  Keith Sumner.  Where -- where -- where is --
2  where is -- where is Jesse?
3          MR. SUMNER:  I'm here.
4          MR. ACQUAVIVA:  Okay.
5          THE VIDEOGRAPHER:  Court
6  reporter please swear in the witness.
7          MR. ACQUAVIVA:  Thank you-all.
8          KEITH SUMNER,
9  a witness hereinbefore named, being of
10  lawful age and being first duly cautioned
11  and sworn in the above cause, testified on
12  his oath as follows:
13          DIRECT EXAMINATION
14  BY MR. WARREN:
15    Q  All right, sir, we just met.  My
16  name is Jack Warren.  I'm going to be taking
17  your deposition today.  Do you mind stating
18  your name for the record?
19    A  Keith James Sumner.
20    Q  All right, Mr. Sumner.  Well, is it
21  okay if I --
22          MR. ACQUAVIVA:  Mr. Sumner, take
23  your hat off.  In the courtroom -- you don't
24  wear a hat in the courtroom.
25    Q  (By Mr. Warren) Do -- is it okay if

9

```
 1   I call you Keith --
 2      A   Yes.
 3      Q   -- since we're going to be taking
 4   your dad's deposition as well?  I don't want
 5   to get it confused.  All right, Keith, have
 6   you ever given a deposition before?
 7      A   Yes.
 8      Q   Okay.  And how long ago was that?
 9      A   Oh, to the best of my memory,
10   probably 13 years ago or so.
11      Q   Okay.  Well, what was the reason you
12   had to give a deposition?
13      A   I was working for a place that was
14   being sued over hitting a cow.
15      Q   Okay.  So you were just a witness
16   that --
17      A   Yes.
18      Q   -- testified?  Okay.  Well, then
19   you've done this before.  But just so we're
20   on the same page and to make it go as smooth
21   as possible, a couple of quick things.
22   Marisa here is taking a record of everything
23   we say.  So to make sure we try and get the
24   best record, if I ask you a question that
25   is, you know, maybe yes or no, you're
```

10

```
 1   probably prone to nod.  That's hard for her
 2   to take down on the record.  So I may ask
 3   you to answer verbally and say yes or no.
 4      A   Okay.
 5      Q   I'm not trying to be a jerk, just to
 6   make sure we have a clean record.  Sometimes
 7   I am prone to cutting people off or
 8   interrupting, going back and forth, but that
 9   also is not good for a record.  So I'm going
10   to try my best not to do that.  I just ask
11   that you as well try and let me finish my
12   questions and I'll let you finish your
13   answers.
14      A   Okay.
15      Q   If you need to take a break at any
16   time, let me know.  We can take a break, not
17   a marathon.  And if I ask you a bad
18   question, which is 100 percent going to
19   happen at some point in the deposition,
20   probably many times, tell me and I will
21   rephrase the question.  I just want to make
22   sure we're on the same page so when you're
23   answering questions you understand what I'm
24   asking, okay?
25      A   Okay.
```

11

```
 1      Q   All right.  Now, Keith, where do you
 2   currently live?
 3      A   Ramona, Oklahoma.
 4      Q   Okay.  And who do you live with?
 5      A   My wife, Kelli Sumner, and my
 6   youngest daughter, Lani Sumner.  My oldest
 7   daughter, Jaci Sumner, is attending college
 8   and home on the weekends.
 9      Q   Okay.  Where is she attending
10   college?
11      A   OSU.
12      Q   Good deal.  Now, it's my
13   understanding from -- I don't even know --
14   there's many documents in this case -- but
15   that you live -- I think maybe in a
16   statement or an interview, you said you live
17   on your family's ranch with your father and
18   one of your brothers; is that correct?
19      A   Yes.
20      Q   Okay.  So can you kind of describe
21   for me -- I mean, ranch, you know, can mean
22   a lot of things.  I mean, that can mean, you
23   know, huge acres and acres and acres.  It
24   could mean something small.  I assume you
25   don't live in the same house with your dad
```

12

```
 1   and your brother; is that correct?
 2      A   No.
 3      Q   Okay.  So they live in separate
 4   homes?
 5      A   Yes.
 6      Q   All on the same large piece of
 7   property?
 8      A   Yes, not all connected property but,
 9   yes.
10      Q   Okay.  Who owns that property?
11      A   It's in an LLC.  I -- I don't know
12   exactly how it's all set up.
13      Q   Okay.  But you don't personally own
14   the property?
15      A   I am a partner.
16      Q   In the LLC?
17      A   In the LLC, yes.
18      Q   That owns it?
19      A   Yes.
20      Q   Okay.  What's the name of that LLC?
21      A   I would have to get back to you on
22   that.  I don't know.  I'll be perfectly
23   honest, as far as a paperwork guy, I feed
24   cattle for a living.
25      Q   Sure, okay.  Who would know about --
```

13

1  who would be the paperwork guy in that LLC?
2    A   My father, Jess, would know the LLC
3  information --
4    Q   Okay.
5    A   -- as well as my brother.
6    Q   Okay.  Does the LLC own your home as
7  well?
8    A   Once again, I can't tell you --
9    Q   Okay.
10    A   -- how all the paper work all --
11    Q   Okay.
12    A   -- is situated there.
13    Q   Would your dad know that answer?
14    A   I would assume so.
15    Q   Okay.  And how long have you lived
16  out there on that property in Ramona?
17    A   On the one piece of property?
18    Q   Uh-huh.
19    A   Less than a year.
20    Q   Okay.  Is it the -- were you -- how
21  long have you lived at that ran -- how long
22  have you lived at their -- your family's
23  ranch?
24    A   Well, up until the last year, I had
25  my own place, not --

14

1    Q   Oh, okay.
2    A   -- on the ranch itself.
3    Q   Okay.  So you --
4    A   It was a piece of deeded property of
5  mine.
6    Q   I gotcha.  So you -- in the last
7  year, you moved to that ranch; but prior to
8  that, you owned your own house in Ramona?
9    A   Yes.
10    Q   Okay, I gotcha.  And I assume you
11  also lived at that house with your wife and
12  your --
13    A   Yes.
14    Q   -- daughters?  Okay.  Are -- are you
15  currently employed?
16    A   Am I currently --
17    Q   Employed.
18    A   I'm a business partner in the LLC
19  for the cattle company.
20    Q   Okay.  So you're a -- and what
21  cattle -- and you don't know the name of
22  that cattle company?
23    A   We're Sumner Cattle Company --
24    Q   Okay.
25    A   -- is what we call ourselves.  I

15

1  don't know what the LLC is --
2    Q   Okay.
3    A   -- labeled under.
4    Q   Is Sumner Cattle Company the same
5  LLC that owns the property out there or is
6  that a different LLC?
7    A   I couldn't tell you for sure.
8    Q   Okay.  And what do you do for Sumner
9  Cattle Company?
10    A   I take care of the livestock.
11    Q   Where is the livestock
12  physically located?
13    A   In Washington County and in Osage
14  County.
15    Q   If you can't tell, I'm a little bit
16  of a -- I don't have a ton of experience in
17  livestock.  Do you -- do you guys have like
18  -- is it a farm that you keep them on?  Do
19  you keep them in a -- in a barn somewhere?
20    A   I mean, it's just open pasture and
21  we have -- the cattle just run on the open
22  pasture.
23    Q   So like in Osage County, you guys
24  own a piece of property there that you --
25    A   We lease a piece of property there.

16

1    Q   Okay, I gotcha.  What's your title
2  at Sumner Cattle Company?
3    A   Unofficially, probably ranch
4  manager.
5    Q   Okay.  So it sounds -- I mean, well,
6  I don't want to put words in your mouth.  Do
7  you have like work -- regular work hours you
8  keep?
9    A   No, no, just pretty much 24/7.
10    Q   Sure.  Is there anybody else that
11  helps you take care of the cattle?
12    A   Yes, we have a -- another guy that
13  works for us that takes care of our cattle
14  in Osage County.
15    Q   Okay.  What's his name?
16    A   Clayton Zibell.
17    Q   For the sake of the court reporter,
18  do you mind spelling, as best you can, the
19  last name?
20    A   Z-i-b-e-l-l.
21    Q   Okay.  And how long have you worked
22  at Sumner Cattle Company?
23    A   Probably ten years, maybe.
24    Q   Okay.  And have you always held --
25  or kind of -- I don't want to say held the

17

1  same title because I know you don't
2  officially have a title there.  But, I mean,
3  have you always done essentially the same
4  thing?
5     A  Yes.
6     Q  What did you do for work prior to
7  working at Sumner Cattle Company?
8     A  Contract labor, I guess you'd say.
9  I went to other ranches and helped them
10  gather their cattle and take care of them
11  and then worked for several other ranches
12  before that.
13    Q  Did Sumner Cattle Company exist
14  prior to you working there?
15    A  Yes.
16    Q  Okay.  Do you know how long it
17  existed before you went to start working
18  there?
19    A  Now, are you talking when the LLC
20  started or when they bought their first cow?
21  Because when they bought their first cow, I
22  guess would be when my dad and mom got
23  married a long time ago.
24    Q  Okay.  Let's say when the -- when
25  the company -- the LLC started?

18

1     A  So that was probably after I started
2  working there full-time.  So I don't know
3  exactly when the LLC was started --
4     Q  Okay.
5     A  -- but...
6     Q  I gotcha.  Now, I think I saw
7  somewhere -- I think it was in the affidavit
8  that was filed in the summary judgment
9  motion that you and -- you are a member of
10  Sumner Cattle Company with your dad and your
11  brother; is that correct?
12    A  Yes.
13    Q  And which brother is that?
14    A  Clinton Sumner.
15    Q  Okay.  And does Clinton Sumner work
16  at Sumner Cattle Company?
17    A  I -- I don't know what his official
18  title would be.  That would be a question
19  for him, I guess.
20    Q  I mean, I take it that -- you know,
21  this is your -- your full-time job is taking
22  care of the cattle for Sumner Cattle
23  Company, correct?
24    A  Yes.
25    Q  Does -- does his full-time job have

19

1  anything to do with Sumner Cattle Company?
2     A  No.
3     Q  Okay.  So he has another job that he
4  -- that he works for another company,
5  another way he earns income?
6     A  Yes.
7     Q  Okay.  Is Clinton the brother that
8  lives out at the ranch with you?
9     A  Yes.
10    Q  Do you have any other siblings?
11    A  Yes, I have another brother and a
12  sister.
13    Q  What's your other brother's name?
14    A  Jesse Sumner --
15    Q  Okay.
16    A  -- Jr.
17    Q  Does he live in or around Ramona?
18    A  No.
19    Q  Okay.  Does your dad, Jesse, does he
20  have an active role in Sumner Cattle
21  Company?
22    A  Yes, he helps when needed.
23    Q  Okay.  Well, besides him and Clayton
24  Zibell, it's just you that works there?
25    A  Yes -- well, yes.  I mean, like he

20

1  comes in to help like when we hay and stuff
2  like that.  He doesn't come out on an every
3  day --
4     Q  I'm sorry, who's he?
5     A  Jesse.
6     Q  Okay.
7     A  My dad.
8     Q  I gotcha.
9     A  Yeah.  So we have people that come
10  in as contract labor that help but --
11    Q  Okay.
12    A  From -- when we need help to do the
13  different things.  There's different times
14  of the year that are super busy and other
15  times of the year that you don't require the
16  help.
17    Q  Sure, sure, that makes sense.  Now,
18  where -- did you grow up in Washington
19  County?
20    A  Yes.
21    Q  Okay.  Where did you graduate high
22  school from?
23    A  Caney Valley.
24    Q  Okay.
25    A  In Ramona.

21

1    Q  Okay.  Did you have any education
2  past high school?
3    A  No.
4    Q  Have you always lived in and around
5  Washington County?
6    A  No.
7    Q  Okay.  What caused you to -- to
8  leave Washington County at some point?
9    A  I went to work for some different
10  ranches.
11    Q  Okay.  In Oklahoma?
12    A  Yes.
13    Q  Did you -- and before I ask you
14  this, I have to say I don't want to hear
15  about anything you've talked about with your
16  attorneys.  But did you do anything to
17  prepare for your deposition today?
18    A  No.
19    Q  Okay.  Didn't meet with anybody?
20    A  No.
21    Q  Did you review any documents?
22    A  I read -- this morning when I woke
23  up, I went through my stuff that we wrote
24  down when they asked questions before.
25    Q  Okay.  When you say, they are you

22

1  talking about your attorneys or the highway
2  patrol?
3    A  The email -- the questions that I
4  was asked.  I don't even know who -- it's
5  been three-and-a-half years --
6    Q  Sure.
7    A  -- of -- I can't remember who all
8  I've talked to in the last three-and-a-half
9  years.
10    Q  I gotcha.  Now, obviously, you know
11  what we're here to talk about today?
12    A  Yes, sir.
13    Q  And --
14    MR. AQUAVIVA:  Jack, let -- let
15  -- let me offer this housekeeping on that.
16  I -- I did meet with Mr. Sumner via this
17  technology earlier in the week.
18    MR. WARREN:  Okay.
19    MR. AQUAVIVA:  And I guess -- I
20  guess it wasn't very effective preparation
21  since he doesn't remember it.  But we -- we
22  -- we did have a -- a -- a discussion.
23    MR. WARREN:  Perfect.
24    Q  (By Mr. Warren)  Well, Keith,
25  obviously you know we're here.  I'm -- I'm

23

1  just going to, I guess, start kind of
2  getting into it.  Based on some of the
3  discovery responses and other stuff in the
4  case, it's my understanding that on May
5  31st, 2020, which is the date of the
6  incident, you were coming back from
7  somewhere in Texas; is that right?
8    A  Yes.
9    Q  Okay.  Who were you with in the
10  vehicle when you were coming back from
11  Texas?
12    A  My wife, Kelli, and my -- both my
13  daughters, Jaci and Lani.
14    Q  Where had you been in Texas?
15    A  Canton, Texas.
16    Q  Okay.  Where is Canton, Texas?  I
17  mean, generally?  I don't need the, you know
18  --
19    A  Central.
20    Q  Okay.  And what was in Canton,
21  Texas?
22    A  They have a flea market there.
23  First Monday of every month, and we had been
24  there.
25    Q  Okay.  So the 31st of May 2020 was a

24

1  Sunday, right?
2    A  I -- yes, I believe so.
3    Q  Okay.  So do you know when you left
4  Ramona to go to Canton?
5    A  To --
6    Q  I mean, did you spend the night
7  there?
8    A  Yeah, yes.  I believe we left, to
9  the best of my knowledge, I think on early
10  Friday -- either early Thursday morning or
11  early Friday morning.
12    Q  Okay.  And you -- you guys went with
13  some -- a family friend or another couple?
14    A  Yes.
15    Q  Okay.  How many friends did you guys
16  go with?
17    A  Oh, that's a long time ago and we've
18  been several times before and since, but I
19  would say approximately 25 of us or so.
20    Q  Oh, wow.  That's quite the crew?
21    A  Yeah.
22    Q  So that was something you guys kind
23  of regularly did?
24    A  Yes.
25    Q  When I say regularly, I -- I should

25

1  probably be more specific.  Are we talking
2  like you guys did this every month?  You did
3  this every --
4     A   Once -- once a year.
5     Q   Okay.
6     A   About once a year, sometimes twice a
7  year.
8     Q   Okay.  So you guys go down there.
9  It's my understanding that you were driving
10 your dad, Jesse's, truck?
11    A   Yes, sir.
12    Q   Okay.  And you were hauling a
13 trailer?
14    A   Yes, sir.
15    Q   A trailer -- a trailer that you
16 owned?
17    A   Yes, sir.
18    Q   Okay.  When did you purchase that
19 trailer to the best that you can remember?
20    A   Don't hold me to it, but probably
21 eight to ten months before that, maybe a
22 year.
23    Q   Yeah, let me actually -- I was
24 reading over this this morning.  Your
25 response to Interrogatory No. 25 indicated

26

1  that you purchased the trailer used in 2019
2  from a dealer in North Carolina?
3     A   Yes.
4     Q   So that's --
5     A   Sounds -- sounds --
6     Q   Yeah.
7     A   -- right.
8     Q   That's right.  How did you get
9  connected with a dealer in North Carolina?
10    A   I found it online.
11    Q   Oh, okay.  I saw -- do you -- well,
12 let me -- do you still own the trailer?
13    A   Yes.
14    Q   I notice that the trailer has --
15 it's kind of divided, like it has -- almost
16 like a little built-out portion where you
17 can sleep some people, right?
18    A   Yes, sir.
19    Q   Okay.  Is that -- was that in there
20 when you bought it?
21    A   Yes, sir.
22    Q   Okay.  So you didn't refabricate or
23 redo any part of the trailer?
24    A   No, sir.
25    Q   Okay.  Had you hauled or used the

27

1  trailer prior to May 31st of 2020?
2     A   Yes.
3     Q   Okay.  Do you know how many times
4  you had?
5     A   I -- I mean, it would just be a
6  guess.
7     Q   Well --
8     A   We go --
9     Q   And I don't want you to guess, so
10 I'm going to -- what I'm just trying to get
11 an idea of is, I mean, is -- were you using
12 the trailer often?  Was it something that
13 you had just in case you needed it?
14    A   We would use it to haul to rodeos.
15    Q   Okay.
16    A   So summertime.  You don't rodeo any
17 in the wintertime.  Summertime maybe -- I
18 probably had pulled it maybe four or five
19 times.  Like I said, that's a rough
20 estimate, but...
21    Q   So it probably is the perfect thing
22 then, because if you have a rodeo, you can
23 put the cattle in there and then or the --
24 the horses, and then you can also sleep
25 people back there if you need to, also?

28

1     A   Yes.
2     Q   Okay.  Now, when you had hauled --
3  or used the trailer in the -- prior to May
4  31st of 2020, would you always use Jesse's
5  truck to pull it?
6     A   No.
7     Q   Okay.  What would you use during
8  those times?
9     A   I had a, at the time, another
10 one-ton truck that, I believe, was in the
11 shop at the time, which was why I was using
12 his truck to pull it.
13    Q   Perfect, you can see where I'm
14 going.  So you were using your dad's truck
15 because your truck was in the shop?
16    A   I believe so, yes.
17    Q   Okay.  Do you know at that time, May
18 31st, 2020, what kind of truck you were
19 driving?
20    A   To the best of my knowledge, I
21 believe I had another 2011 Dodge one ton,
22 maybe.
23    Q   Okay.  And do you know what repair
24 shop that truck would have been at?
25    A   No, no.

---

29

1    Q   Okay.
2    A   We have a lot of trucks that go to
3   the shop a lot.
4    Q   Okay.  And you say we have a lot of
5   trucks.  When you say we, who are you
6   specifically talking about?  Just like kind
7   of the family?
8    A   Me and my wife and family, yeah.
9   With two teenage daughters, we...
10    Q   Okay.  But there's not one place
11   that you normally use --
12    A   No, sir.
13    Q   -- to repair your stuff?  Okay.
14   Now, your -- your trailer -- or let me ask a
15   better question.  Was your trailer damaged
16   in the --
17    A   Yes.
18    Q   -- May 31st incident?  And I saw in
19   your discovery responses, it was -- you had
20   it repaired by the manufacturer?
21    A   Yes.
22    Q   I also was listening to an interview
23   you did at some point that you had indicated
24   at least at that time -- this was pretty --
25   it -- it appeared to be somewhat shortly

---

30

1   after the actual incident.  But you had
2   indicated to them that -- what's the name of
3   the company, Bloomer?
4    A   Yes, sir.
5    Q   That Bloomer had reached out to you
6   about trying to help repair the trailer?
7    A   Yes.
8    Q   Did they charge you to repair the
9   trailer?
10    A   No.
11    Q   Okay.  And do you recall how long
12   you were driving your dad's truck?  Like how
13   long prior to May 31st, 2020 had you been
14   driving your dad's truck?
15    A   I think I just used it to pull --
16        MR. ACQUAVIVA:  Object to the
17   form of that question.
18        MR. WARREN:  Your -- you can --
19   he was objecting.
20        MR. WALCHER:  Object to form.
21        MR. ACQUAVIVA:  Do you mean for
22   this particular trip or?
23    Q   (By Mr. Warren)  I mean, how long --
24   how long prior to May 31st of 2020?  I'm
25   talking like in -- May 30th, 2020, were you

---

31

1   driving his truck?  How many days or weeks
2   prior to that day?
3    A   Prior -- to the day that we left,
4   like I said a Thursday or Friday.  To that
5   point, I used the truck just to pull the
6   trailer down to that.
7    Q   Okay.  So you used it just to pull
8   the trailer?
9    A   Yes.
10    Q   Okay.  What were you driving when
11   you were back in Ramona when you weren't
12   pulling the trailer?
13    A   Oh, I don't -- we've had several
14   vehicles since then.  I could -- so I know
15   my wife has a 2011 Dodge that we had at the
16   time, and I couldn't say for sure.  We've
17   had several vehicles over the years since
18   then.
19    Q   Okay.
20    A   But I know that Dodge was one of
21   them that we -- we owned then.
22    Q   Now, with the -- I have to
23   admit I -- I'm a little bit naive on some of
24   this.  But with a trailer that sleeps
25   people, do you have to insure that?

---

32

1    A   I don't know that you have to.  I
2   don't know the legalities of it or -- or
3   not.
4    Q   Well, I -- maybe I should ask a
5   better question to say is, did you insure
6   it?
7    A   I couldn't say for sure, probably.
8   My wife is one of those people that would
9   insure our dog if she was able to, so I -- I
10   would guess she probably did.
11    Q   Okay.  But you're not sure sitting
12   here today?
13    A   No, I'm not.
14    Q   Okay.  Okay.  Let's see here.  Now,
15   let's go back.  So you're in -- what's the
16   name of the city again?  I can't remember.
17   Canton?
18    A   Yes.
19    Q   You're in Canton on Sunday.  Well,
20   actually I'm kind of confused because you
21   said that you go to Canton for the flea
22   markets that are on the first Monday of the
23   month or something?
24    A   I believe the way it goes was when
25   it started -- that flea market is like 100

33

1  years old. And at the time, it was --
2  started on the first Monday --
3    Q  Okay.
4    A  -- of every month. And so -- but
5  it's reformed so it lands on the weekend, so
6  they just call it The First Monday --
7    Q  Well, that would make sense.
8    A  -- Flea Market.
9    Q  It would be weird to have a -- a
10  flea market on a weekday but...
11    A  Yes.
12    Q  So you're in Canton on Sunday, and
13  everybody is heading back to home --
14    A  Yes.
15    Q  -- that morning? Okay. And do you
16  recall -- I don't need the very -- every
17  single turn, but the general route you took
18  from Canton to get to Ramona?
19    A  Through Glenpool to the south there,
20  and I don't know the exact highways. We
21  kind of form a line and just fall in and
22  start driving but south through Tulsa.
23    Q  So to the extent that there are
24  numerous families or vehicles that were
25  traveling to and from, you guys travel

34

1  generally together?
2    A  Yes.
3    Q  When you were traveling in towards
4  Tulsa, where were you in the line of those
5  cars?
6    A  Second to the last vehicle.
7    Q  Okay. So there were multiple other
8  people in your group that were ahead of you?
9    A  Yes.
10    Q  Okay. So did -- do you know --
11  well, actually, let me ask you this first.
12  Do you know who those people were sitting
13  here today?
14    A  I mean, yeah, we travel. I can't
15  remember everybody that was with us --
16    Q  Sure.
17    A  -- but...
18    Q  But, I mean, like do you remember --
19  could you say, yeah, this family was in the
20  car that was ahead of us?
21    A  I don't know what -- where the group
22  was that traveled. We actually fell a
23  little behind them. I stopped in Glenpool.
24  We had a window that had rattled open on the
25  trailer, and I pulled over to get out to get

35

1  in and close it, so they got a little bit
2  ahead of us. So I don't know exactly where
3  they were traveling, in -- in what line of
4  the group they were traveling in.
5    Q  Okay. But do you -- I guess my
6  question is, do you know the individuals
7  that did travel ahead of you? Can you tell
8  me their names?
9    A  The Minor family was -- was one of
10  the families that was with us in one
11  vehicle, and they had another vehicle that
12  their parents were in. The Fogel family was
13  with us. The Edan family was with us.
14    Q  Okay.
15    A  And I think that was it, which
16  that's all -- when I say family, some of
17  them are extended family in more than one
18  vehicle. I -- I can't remember for sure.
19  There was probably six or seven vehicles
20  traveling in our group.
21    Q  Okay. Do you know -- and you may
22  not -- whether or not the vehicles that were
23  ahead of you traveled through the people on
24  the highway?
25        MR. ACQUAVIVA: Object to the

36

1  form of the question.
2    Q  (By Mr. Warren) You can answer.
3    A  I don't know exactly where they
4  went. I do not believe, to my recollection,
5  that anybody was on the highway when they
6  went through.
7    Q  Right.
8    A  Like I said, we stopped to close a
9  window, so they were further ahead of us.
10    Q  Gotcha. Did you have any idea about
11  this event, the rally, the march, whatever
12  you want to call it that was happening that
13  Sunday? Did you have any idea about it as
14  you were approaching Tulsa?
15    A  No, sir.
16    Q  Okay.
17        MR. ACQUAVIVA: And, Jack, just
18  for housekeeping, when you say any idea,
19  you're meaning awareness, not what he
20  thought about whether it was a good -- a
21  good thing to have or something else?
22        MR. WARREN: Sure.
23        MR. ACQUAVIVA: Okay.
24    Q  (By Mr. Warren) Hold on just a
25  second. Okay. So as you are driving into

37

1    Tulsa, okay, so was there much traffic?
2         MR. ACQUAVIVA: Object to the
3    form of the question, vague.
4         THE WITNESS: It seemed normal
5    to me, like normal traffic.
6    Q   (By Mr. Warren) Right. Nothing --
7    nothing weird?
8    A   No.
9    Q   Okay. How far -- so at some point
10   there on the highway, you come to a complete
11   stop --
12   A   Yes.
13   Q   -- because of the people that are
14   there? Were there cars stopped in front of
15   you when you got to that point?
16   A   To the best I remember it, we came
17   -- there's a slight incline in the highway
18   right there. And when we came over the
19   road, the car in front of us also, they were
20   protesters, I believe, were coming over the
21   rail at that point. They were blocking the
22   road just -- and the car in front of me
23   stopped and I stopped right behind them.
24   Q   So at that point in time, did you
25   see any law enforcement?

38

1    A   I don't remember exactly when, but
2    there was a trooper that showed up after the
3    road was blocked and we were at a complete
4    stop. But I -- I don't remember exactly
5    when he showed up. Pretty -- pretty fast
6    towards when they were already -- I mean,
7    they were completely blocking the highway at
8    that point when he was there. But he -- I
9    think it was pretty quick when he showed up.
10   Q   Okay. So you come over that hill --
11   A   Uh-huh.
12   Q   -- or the little hump, like you
13   said, and the car in front of you stopped,
14   so you come to a stop behind them?
15   A   Yes.
16   Q   How long do you think you sat at a
17   complete stop there?
18   A   I -- I can't say for sure, but I
19   would say a good 25, 30 minutes.
20   Q   Oh, wow, okay.
21   A   So -- but I believe my wife was on
22   the phone with one of the friends in front
23   of us, and I believe she -- she stayed on
24   the phone the whole time. I think she said
25   it was like almost like a 30-minute

39

1    conversation with her.
2    Q   Okay. And while you were sitting
3    there for the 30 minutes, there was a --
4         MR. ACQUAVIVA: There was --
5    there was an estimate. Excuse me, your --
6    your question has now become a 30-minute
7    conversation. He's -- he's estimated.
8    Q   (By Mr. Warren) So as you're
9    sitting there waiting for what you were
10   estimating as 30 minutes potentially --
11   A   Yes.
12   Q   -- you see a -- there's a trooper
13   that drives up pretty shortly after you
14   stopped?
15   A   He --
16        MR. MCCLURE: Objection. He
17   didn't say drive up.
18        THE WITNESS: He actually walked
19   up. I don't even know where he was parked
20   at, at that point. There was quite a bit of
21   traffic that had gathered behind us at that
22   point; and, yes, he come -- he walked up
23   shortly thereafter.
24   Q   (By Mr. Warren) Did he walk up to
25   your car, specifically?

40

1    A   He walked in front of our vehicle
2    and then walked towards the pass -- the
3    passenger's side of my wife's side of the
4    vehicle.
5    Q   Okay. And is that the only law
6    enforcement officer you saw while you were
7    stopped on the highway --
8    A   I --
9    Q   -- at that time?
10   A   I believe so, yes. I don't recall
11   anybody else. I don't know if there was
12   somebody out of uniform or what.
13   Q   Sure.
14   A   But as far as I remember, that was
15   the only -- only officer that I saw.
16   Q   Okay. So explain to me what your
17   recollection is as -- as far as what caused
18   the car in front of you to -- to drive?
19   Because just to give context, you guys are
20   sitting there for, you know, what you said
21   25, 30 minutes, some -- some amount of time.
22        And then at some point, there's a
23   decision to go. Was there -- what prompted
24   the decision to go through the crowd at that
25   point -- at whatever point in time you did?

41

1    A   For me or the car in front of me?
2    Q   Let's say for you?
3    A   So they got very confrontational
4  with the car in front of me. And at that
5  point, it was escalating very much. And, I
6  mean, as far as I remember, my wife and
7  children and me were scared for our lives.
8  It got very, very confrontational.
9      And so at that point, I remember just
10  thinking, you know, that we needed to -- I
11  needed to get my family to safety. At that
12  point, they started letting the car go
13  through. And I don't remember exactly how
14  that all happened.
15      They had tried to get out. The crowd
16  had kicked their door back shut. A lady had
17  got out. There was some screaming and
18  hollering among them. And there was a
19  gentleman standing beside -- on my wife's
20  side, and he was saying, this -- this is not
21  what we want.
22      Let them through. Let them through.
23  And so the car started going and I started
24  driving behind the car to get out. And at
25  that point is when they started -- the crowd

42

1  started swarming my truck then.
2    Q   Okay. So your decision or role in
3  driving was largely following the car in
4  front of you?
5    A   And the gentleman beside us --
6    Q   Right, yeah.
7    A   -- that was -- that seemed to have
8  somewhat of -- he had more control, I think,
9  of the crowd than as you can get in a mob
10  situation.
11    Q   Sure.
12    A   And he was the one that told them to
13  let the other car to go through, so they
14  started driving through so -- and then he
15  said for us to go through also.
16    Q   During the time that you were
17  sitting there stopped at a complete stop on
18  the highway before going through, did --
19  were any of the protesters, rally goers
20  whatever you want to call them, were they --
21  were they making any kind of contact with
22  you guys in your car?
23    A   Yeah, I don't remember exactly. You
24  know, it was a pretty intense --
25    Q   Sure.

43

1    A   -- situation. But, yes, like they
2  were -- no contact. They were looking in
3  our cars.
4    Q   Yeah, and when I say contact, I want
5  to make -- maybe make sure. But I'm not
6  talking about like banging on your doors or
7  something, but, I mean, like were they
8  engaging you in any way as you were sitting
9  there?
10    A   I -- I don't guess I understand. I
11  -- I --
12    Q   Well, I mean, were they yelling at
13  you? Did they come over to your window and
14  talk to you? Did they wave?
15    A   They -- we --
16    Q   Did they --
17    A   As far as I remember, we never
18  rolled our windows down or anything except
19  for to talk the highway patrolman. My wife
20  did roll her window down and talk to him and
21  -- but other than that, as far as I
22  remember, that's the only time our windows
23  were ever down.
24      They were -- they were coming up -- the
25  protesters were looking in our windows,

44

1  looking over, digging in the bed of our
2  truck, and they were pulling our door
3  handles on our trailer and stuff trying to
4  get into them. And so I guess that type of
5  interaction. As far as words or any shoving
6  or anything like that, no, there was
7  nothing.
8    Q   Sure. What did your wife and the
9  OHP trooper have a discussion about?
10    A   She asked him what she -- we should
11  do. As far as I remember, the only thing he
12  told us was role your windows up and lock
13  your doors and we'll try to get you out of
14  here as quick as possible.
15    Q   Okay. So walk me through just your
16  memory of what happens from the moment that
17  the older individual waives you through
18  until you drive through the crowd. Because
19  I know at the end, you -- you stop for a
20  short amount of time to -- to touch base
21  with another OHP trooper, right?
22    A   Yes, I believe so.
23    Q   Okay. So from the time you got
24  waived through the crowd to that point, walk
25  me through what you remember happening.

45

1   A   Well, it would be pretty hazy,
2   especially this long ago.  But I just
3   remember we started taking off driving
4   slowly just trying to get through the crowd.
5   Because at that point, we thought we were
6   waved to go through and they were just going
7   to --
8   Q   Right.
9   A   -- let us through.  And that's --
10  the other car took off.  That's when the mob
11  started beating and banging on the truck and
12  they had weapons.  They were -- I saw lots
13  of guns in the crowd.  They had tire irons
14  and everything else.
15      They came up and started beating on my
16  truck and -- and hitting the side of my
17  truck and grabbing the mirrors of the truck
18  and pulling them off.  They were -- our
19  doors were locked.  They were trying to pull
20  our doors open.
21      They actually ripped the door handle off
22  of my door trying to get into it and -- so
23  we -- we started driving.  The mob just went
24  insane at that point.  And they started
25  hitting the -- the truck and beating on it.

46

1   My kids got in the back seat crying and I
2   told them to -- I'm sorry.
3   Q   You're good.  Take all the time you
4   need.
5   A   At that point, I told my kids to get
6   down in the back seat.  They were hollering,
7   Daddy, what are we going to do, because we
8   were being attacked by this mob just trying
9   to drive home.  I started trying to go
10  through the crowd more.
11      They started blocking our way.  I can't
12  remember for sure, but there was --
13  afterwards I believe it was a bicycle that
14  had fell in front of the truck.  And when I
15  went over it, I felt the truck bounce.
16      So I stopped thinking that it was
17  someone under the truck trying to give them
18  a chance to get out of the way to save
19  people.  And when I stopped, all it did was
20  increase of them running, just gave them
21  time to run up there and keep attacking.  So
22  at that point, I just started going for the
23  highway patrolman ahead of us.
24      And as I was driving, they were hitting
25  the car. They threw a brick through my

47

1   windshield, water bottles, milk jugs.  There
2   were frozen water bottles they were throwing
3   hitting the truck, just anything they could
4   do to try to attack us.  And I want to state
5   that I honestly believe that had they got to
6   us, they would have killed us.
7   Q   And why is it that you believe that?
8   A   Well, I believe anybody with a
9   little bit of common sense driving through a
10  crowd that was being beat by tire irons and
11  having bricks thrown through their window
12  with them trying to rip your door off, that
13  anybody with a touch of common sense would
14  be scared for their and thinking that they
15  were trying to be killed.
16      I don't think they were getting there to
17  thank us for the job we've done.  And at
18  that point, I pulled up to the highway
19  patrolman and he told me -- I told him that
20  I had drove through the crowd and I -- I'm
21  sorry, I did skip, during that when they
22  rushed our vehicle, my wife has a license to
23  carry a firearm.
24      And I told her to give me her gun.  I
25  took it and I placed it on the dash of the

48

1   truck thinking that it would make a
2   difference, which it did not.  I pulled up
3   and I told the highway patrolman that I had
4   driven through the crowd and he said that --
5   told us to go.
6       And I told him again that I had came
7   through the crowd.  And he said they pulled
8   your trailer ramp down.  An officer is
9   putting it up.  You've got to go now.  The
10  crowd is running after you.
11  Q   Did -- did they get your information
12  when you talked to them right then?
13  A   No, I -- they -- they said they
14  would contact me.
15  Q   Okay.  You said that they threw --
16  or you had a brick thrown through a window?
17  A   Yes.
18  Q   Where -- what window or --
19  A   The driver's window right in front
20  of me.
21  Q   Oh, okay.  Was it shattered?
22  A   Yes.
23  Q   Like all the way through?
24  A   The brick was lodged in the glass.
25  It's a safety glass so it doesn't just

**49**

1  shatter.
2      Q   Oh, wow.  So after you talked to the
3  highway patrolman and they say take off, how
4  -- how long did it take you to get back to
5  Ramona?
6      A   Probably -- just based on the drive,
7  probably 45 minutes.
8      Q   Okay.  And did you go back to your
9  house?
10      A   No.
11      Q   Where did you go?
12      A   To my brother's house.
13      Q   Are you talking about Clinton?
14      A   Clinton, yeah.
15      Q   Was your brother living at the ranch
16  at the time?
17      A   Yes.
18      Q   Okay.  But you were not?
19      A   No.
20      Q   Okay.  Why did you go to Clinton's
21  house?
22      A   Because I was afraid that they would
23  have our information and a crazed mob would
24  be at my house trying to finish what they
25  started.

**50**

1      Q   After -- on -- on the drive -- the
2  45 minutes or so between you talking to the
3  OHP and back to Ramona, did you call anyone?
4      A   If I remember right, me or my wife
5  one contacted my brother.
6      Q   Clinton?
7      A   Yes.
8      Q   Do you remember talking to anybody
9  else?
10      A   I don't recall talking to anybody
11  else.
12      Q   Sure.  And after you get back to
13  Ramona, when is the first time you're
14  contacted by any law enforcement?
15      A   I -- I don't know the exact time.
16      Q   And that's fine.  I'm not looking
17  for the --
18      A   Probably -- maybe...
19      Q   I mean, was it that day?
20      A   Yes, yes.  They -- the highway
21  patrolman had got my information and had
22  went to my house.  And my old house that I
23  lived at the time was down the road from my
24  father's house.  And he saw the highway
25  patrolman pull into my house, and he went to

**51**

1  ask them what was going on, at which point
2  my father called me.
3      Q   So your dad didn't know about what
4  had happened until he talked to the OHP
5  trooper?
6      A   As far as I know, no, he did not.
7      Q   Okay.  And so when your dad called
8  you, then you guys were able to connect with
9  the OHP trooper, and did you have some kind
10  of discussion with him?
11      A   I -- I did not.  My father had a
12  discussion with him and I told them that --
13          MR. ACQUAVIVA:  Hold on a second
14  now.  When it gets to discussions between
15  Jesse Sumner and Keith Sumner, there's a
16  privilege there with Mr. Jesse Sumner being
17  a lawyer.  So I am not sure how to separate
18  out the discussions that a father and son
19  had versus a lawyer and client.  So to the
20  extent that either Sumner witness offers
21  testimony about those discussions, we're not
22  waiving any attorney/client privilege.  And
23  -- and -- and this was all stated in our
24  2022 discovery responses, but I would just
25  alert counsel I want to take this part of

**52**

1  the conversation fairly slowly.
2          MR. WARREN:  Sure.
3          MR. ACQUAVIVA:  Okay.
4          MR. WARREN:  And -- and just so
5  I understand, Jay, are you guy -- are you
6  instructing them not to answer any questions
7  about conversations they had at all?
8          MR. ACQUAVIVA:  I don't think I
9  can be that broad.  There -- there's --
10  there's a point where there's an initial
11  conversation, Dad, I've had an accident or
12  -- or -- or, Dad, let me tell you what
13  happened.
14      I'm not sure if that initial statement
15  by the son would be part of the
16  attorney/client discussion, but what
17  follows, I believe, will be.  And -- and I
18  -- I would say the direct answer to your
19  question is, no, I do not intend to instruct
20  him to not answer every question that
21  relates to discussions.  Not every
22  discussion between a father and son would
23  involve --
24          MR. WARREN:  Yeah.
25          MR. ACQUAVIVA:  -- a privileged

53

1  discussion and then --
2      MR. WARREN:  Okay.  No, I think
3  that's fair.  I just wanted to make sure
4  just in case I -- just so I knew what to
5  expect going forward.
6   Q  (By Mr. Warren)  Okay.  Keith, so --
7      MR. ACQUAVIVA:  Now, when you
8  frame your question -- I'm sorry, questions
9  is -- is -- I apologize as well.
10  Q  (By Mr. Warren)  When that -- May
11 31st, 2020 were at your brother's house in
12 Ramona.  Did the OHP come to your -- to the
13 -- Clinton's house?
14  A  Yes.
15  Q  Okay.  And -- but you didn't speak
16 with the OHP?
17  A  No.
18  Q  Okay.  Your dad spoke with the OHP?
19  A  As far as I know, he did, yes.
20  Q  Okay.  Did you ask your dad to speak
21 to the OHP for you?
22  A  Yes.
23  Q  Okay.  Did -- do you know what the
24 OHP did that day as far as an investigation
25 besides speaking with your dad?

54

1   A  I -- I do know they took some
2  pictures of the truck and trailer.
3   Q  Okay.
4   A  And as far -- that's as far as I
5  know.
6   Q  Okay.  When was the first time you
7  sat down with the OHP to talk with them?
8   A  I believe -- and I don't know an
9  exact date.  I'm sure it's all on record
10 somewhere was when I met -- me and my
11 attorney from Oklahoma City sat down with
12 the highway patrol.  I believe his name was
13 Officer Miller, I believe, and maybe the
14 attorney general or maybe of Oklahoma.
15     We had a meeting and that was the first
16 time that I had sat down with them.  I do
17 not know an exact date of when that -- it
18 was sometime after that.
19  Q  You referenced your attorney from
20 Oklahoma City.  Who was that?
21  A  Let me get his card out here.
22  Q  Well, I -- I did a little bit of
23 digging.  I -- I -- I asked a little bit of
24 a vague question.  Is it -- where is it?
25     MR. ACQUAVIVA:  Before my office

55

1  was retained?
2      MR. WARREN:  Yes.
3   Q  (By Mr. Warren)  Was it Mack Miller?
4  Or Mack --
5   A  Yes, Mack Martin.
6   Q  Martin -- Mack Martin.
7   A  Yes.
8   Q  Okay.  And how did you get connected
9  with Mack Martin?
10  A  My brother had met with him for
11 another friend of us on a -- on a separate
12 incident, and so my -- my brother knew of
13 him -- my brother Clinton.
14  Q  How -- how shortly after May 31st,
15 2020 had you retained Mr. Martin?
16  A  I met with him the next morning.
17  Q  Okay.  How did you get in touch with
18 him initially?
19  A  Over the phone.
20  Q  You called him?
21  A  I believe my brother called him --
22  Q  Okay.
23  A  -- for me.
24  Q  And what was the general purpose of
25 retaining Mr. Martin at that time?

56

1   A  To avoid things like this.
2   Q  Were you concerned about criminal
3  charges?
4   A  I didn't believe that I did anything
5  wrong other than -- just hoping that my
6  family survived this incident.  But I also
7  know in a world today that a lot of things
8  are politically motivated, and I did not
9  want to end up in that storm.
10  Q  Sure.  When you say -- in what ways
11 were you concerned that -- that things being
12 politically motivated would work against
13 you?
14  A  Well, I think in the world today
15 that sometimes -- a lot of times law
16 officers feel that they're under scrutiny to
17 do their job.  I think a lot of times
18 attorneys and judges are scared that they
19 won't be elected, so I believe they're
20 swayed a certain way that might not be the
21 way that it should be justified.
22     And so I felt like with that situation
23 and figuring that it was already turning
24 into a major deal on the news, that it would
25 be heavily scrutinized.  And so I just

57

1  wanted to have all my ducks in a row before
2  it got to that point.
3        MR. ACQUAVIVA:  I'll also object
4  on the basis of relevancy to this line of
5  questioning.  Why someone seeks legal
6  counsel I'm not sure is relevant.  But you
7  -- you go ahead and ask the questions,
8  Counsel.
9    Q  (By Mr. Warren)  And you had --
10  Mr. Martin represented you then from the day
11  after the May 31st, 2020 incident until
12  when?
13    A  You know, I don't have an exact date
14  of -- of anything or if -- I couldn't say
15  that it's not still ongoing if I called him,
16  you know.
17    Q  Well, I mean, you're not still
18  paying him are you?
19    A  No, no.  So I paid him an upfront
20  fee that I have no idea how long lasts.
21  When it --
22    Q  Sure.
23    A  When it runs out, I guess I should
24  say.
25    Q  So you mentioned that meeting that

58

1  you had, and I think there's a recording of
2  it that was produced in discovery.  And I
3  was trying to figure out who the -- who's on
4  the recording.  And so you gave me a little
5  bit of information here because you said --
6  but I could tell one of them was an OHP
7  trooper?
8    A  Uh-huh.
9    Q  I couldn't tell exactly who.  And I
10  could tell -- it seemed to me that someone
11  was some kind of prosecutor, whether it was
12  a county prosecutor, a U.S. attorney.  He
13  was talking about U.S. attorneys.  Was it
14  attorney general?  You indicated earlier
15  that you thought it was maybe the attorney
16  general?
17    A  Maybe, yeah.
18    Q  But you don't know?
19    A  I do not know for sure.
20    Q  Okay.  So you --
21    A  I couldn't give you any names of
22  everybody that was there.
23    Q  Okay.  That's all I wanted to make
24  sure.
25    A  Me, my attorney, and his daughter is

59

1  also an attorney.
2    Q  Yeah.
3    A  And she was there with me.
4    Q  Was your dad there?
5    A  No.
6    Q  Okay.  Did your -- any of your kids
7  or wife talk to the OHP in their
8  investigation?
9    A  No, I believe they issued a -- a
10  written statement, I believe.
11    Q  Okay.  And that --
12        MR. WARREN:  Hey, Jay?
13        MR. ACQUAVIVA:  Yes.
14        MR. WARREN:  Okay.  Sorry, I
15  just wanted to make sure we could -- we
16  could hear you but...
17    Q  (By Mr. Warren)  Did -- that written
18  statement, based on the recording I saw, was
19  prepared with the help of Mr. Martin,
20  correct?
21    A  I believe he just told us that we
22  needed to write a -- a statement.  I don't
23  know if it would be a impact statement of --
24  of what happened or for what.  But, I mean,
25  no, he just told us to -- to write it and

60

1  issue it to -- to him.  And then he, I
2  believe, issued it to the highway patrol.
3    Q  Okay.  Do you know if you ever spoke
4  with anyone from the Tulsa Police Department
5  after the incident?
6    A  I don't know that there wasn't
7  someone there in that particular meeting.
8    Q  Sure.  Well, I guess the better way
9  to say it is, you don't recall talking to
10  any law enforcement except for that meeting
11  per -- you don't recall personally talking
12  with any law enforcement?
13    A  As far as I can remember, yeah,
14  other than that -- that meeting.
15    Q  Mr. Martin may have but --
16    A  Possibly.
17    Q  -- you don't -- right, okay, I
18  gotcha.
19        MR. WARREN:  Maybe we could do
20  this.  Could we -- I need to use the
21  restroom.  Could we take a quick break?  Are
22  you guys ok with that?
23        MR. JESSE SUMNER:  Please.
24        THE VIDEOGRAPHER:  Off the
25  record at 11:20.

61

1      (A short break was taken)
2          THE VIDEOGRAPHER:  Back on at
3   11:36.
4          DIRECT EXAMINATION (Cont.)
5   BY MR. WARREN:
6     Q   All right.  Keith, we are back on
7   the record here.  I actually got through
8   quite a bit, so I don't know that I have as
9   much as I thought I was going to go.  So
10  just a little bit more here.
11    A   Okay.
12    Q   So you mentioned earlier and I saw
13  online that you're involved in like rodeo
14  competitions?
15    A   Yes, sir.
16    Q   And are -- you personally compete?
17    A   Yes, sir.
18    Q   And what -- is there a specific
19  event or category that you --
20    A   It's probably something you're not
21  familiar with.  It's a ranch rodeo --
22    Q   How did you get -- how did you know
23  that?
24    A   -- situation.  Yeah.  It's not like
25  what you see on TV.  It's a -- a ranch team

62

1   competes as --
2     Q   Okay.
3     A   -- a team in every event.  You do
4   every event, not just one specific event.
5     Q   I gotcha.  And I saw you do that for
6   -- there's some team name, but it's like
7   Sumner Cattle and some other --
8     A   Whitmire Cattle/Sumner Cattle.
9     Q   Whitmire Cattle?
10    A   Yes, sir, it's two ranches combined.
11    Q   Okay.  So Whitmire Cattle is another
12  ranch.  Is it out in Washington County?
13    A   It is in Washington County and
14  Nowata County.
15    Q   Okay.  But they do something similar
16  to what you guys do?
17    A   As far as the ranch rodeo or --
18    Q   All business --
19    A   -- the business?  Yes, as far as the
20  business, yes.
21    Q   Okay.  And is there anyone else from
22  Sumner Cattle that's -- strike that.  Is
23  there anyone else that's associated with
24  Sumner Cattle that competes on that team
25  with you?

63

1     A   My daughter.
2     Q   Okay.
3     A   My youngest daughter is -- is on our
4   team with us.
5     Q   Okay.
6     A   And then that -- that would be it.
7     Q   Does Sumner Cattle Company -- does
8   it own any like vehicles?  I mean, I assume
9   you have to use vehicles in some of the work
10  that you do?
11    A   Yes, I'm not sure exactly how they
12  are titled.  I don't -- I don't believe we
13  have anything that's titled under Sumner
14  Cattle Company.
15    Q   So like the -- right now, I assume
16  you probably drive a truck?
17    A   Yes.
18    Q   And I assume that you probably use
19  that truck for work?
20    A   Yes.
21    Q   But it's titled in --
22    A   I -- I believe --
23    Q   -- your name?
24    A   -- it's titled in my brother's name.
25    Q   Okay.  But it's titled in someone's

64

1   name?  It's not titled in Sumner Cattle's
2   name?
3     A   Yes, yes, it's individual name,
4   yeah.
5     Q   Okay, I gotcha.  The other thing is,
6   man, I don't know how you guys did it but,
7   you know, it was -- it was clear in one of
8   your interviews that you guys were concerned
9   about your name getting out there.  But I
10  don't know what you guys did, but it wasn't
11  anywhere.  Do you have any idea how you kept
12  it so...
13    A   I hired Mack Martin.
14    Q   Well, man, whatever you guys spent
15  is worth it because I searched and searched
16  and searched and searched and looked
17  everywhere, and there wasn't a thing.  Do
18  you know what he did specifically?  I mean,
19  did he ask someone to --
20    A   I have no idea what he did.  No, I
21  -- I do not.
22    Q   I did see that you guys -- you had
23  your family -- because you were -- it -- it
24  seemed to me -- and you can tell me if I'm
25  wrong or -- that you guys were concerned

65

1  about your name getting out or that your
2  identities would be known to the public?
3     A  My wife was scared for her life.
4     Q  Sure.
5     A  She was scared that if our name ever
6  got out, once it's out, just like now, you
7  can -- the Internet is good and bad, and
8  they could look and find where she lived.
9  My wife was literally scared to go home.
10    Q  Have you guys had any negative
11  reaction since being -- your names coming
12  out in this lawsuit?
13    A  None that I know of.  For the most
14  part, we've had a lot of support around us,
15  just glad that we came out alive.
16    Q  Have -- I always have to do these, I
17  guess, in some of these cases.  You ever had
18  any other prior car accidents?
19        MR. WALCHER:  Object to the
20  form.
21        THE WITNESS:  I -- I don't
22  believe so.
23    Q  (By Mr. Warren)  Ever been ticketed
24  before?
25        MR. WALCHER:  Object to the

66

1  form.
2        THE WITNESS:  I probably had
3  some moving violations.
4     Q  (By Mr. Warren)  Most people do.
5  Have -- did you get your license like when
6  you turned 16?
7     A  Yes.
8     Q  Have you had it the whole time since
9  you turned 16?
10    A  Yes.
11    Q  Never been suspended or anything?
12    A  No, I've let it overlap a couple of
13  times.
14    Q  I'm deal --
15    A  But, no, it's never been suspended.
16    Q  I'm dealing with that right now.  Do
17  you have any specific -- like I forget what
18  it's called.  But, I mean, like anything in
19  your license that allows you to drive
20  anything different kinds of vehicles than
21  just a --
22    A  I'm endorsed for a motorcycle's
23  license, and I believe I have to have a left
24  outside rearview mirror because I don't see
25  very well out of one eye.

67

1     Q  Okay.  Do you have a motorcycle?
2     A  No.
3     Q  Have you ever had a motorcycle?
4     A  I did when I was younger.
5     Q  Okay.  Now, the -- do you have -- do
6  you know if you have any documents about
7  when you bought the trailer?
8     A  I'm sure my wife does, yes.  As far
9  as a title and --
10    Q  Sure.
11    A  -- things like -- yes, I'm sure she
12  has all the documentation for it.
13    Q  Okay.
14    A  I know at one time, she had tagged
15  the trailer because in Oklahoma you don't --
16    Q  Right.
17    A  -- have to tag one.  But -- because
18  a matter of fact, I believe that's how the
19  highway patrolman got our address was
20  through our tag on the back of our trailer.
21    Q  Okay.  So you think it was tagged?
22    A  I -- yes, yes, it was.  I'm fairly
23  certain.
24    Q  Okay.  Does -- is the Dodge truck
25  that you were driving at that time, is that

68

1  still -- does your dad still own that car?
2     A  Yes.
3     Q  Okay.  Does he drive it daily?
4     A  I don't believe so.
5     Q  Do you ever drive it now?
6     A  No, I haven't.  I mean, I guess I
7  would if I was in need of it.  But, no, I --
8  I do not.
9     Q  Do you know in May of 2020 when this
10  happened, how many vehicles did you
11  personally own at that time?
12    A  I couldn't say for sure, but
13  probably two or three.  My daughter wasn't
14  -- my oldest daughter, I don't believe, was
15  driving at that point.  Probably two or
16  three but just...
17    Q  If your -- let's say your oldest
18  daughter was not driving because I do think
19  I saw that maybe she was 15 at the time?
20    A  I believe she was.
21    Q  Would your wife have had a car?
22    A  Yes, she had the 2011 Dodge that I
23  --
24    Q  Right.
25    A  -- referred to earlier, which we

69

1   still own.
2      Q   Okay.  And if you -- then would you
3   have had one or two vehicles?
4      A   I -- I'm sure I had a feed truck at
5   that point.  I don't know.
6      Q   Okay.
7      A   I don't -- like I said, it -- I
8   don't know whose name it would have -- would
9   have been in.
10     Q   You're saying is it -- it could have
11  been in either your dad, brother or the
12  company?
13     A   Or the company, yes, yeah.
14     Q   Okay.
15         MR. ACQUAVIVA:  Counsel, are you
16  intending to exclude agricultural vehicles
17  when you say how many vehicles did you own?
18         MR. WARREN:  Say that one more
19  time.
20         MR. ACQUAVIVA:  Are you
21  intending to exclude agricultural vehicles
22  when you say how many vehicles did you own?
23         MR. WARREN:  That's a fair
24  point.
25     Q   (By Mr. Warren)  I -- I am intending

70

1   to refer to -- or -- and maybe we have
2   different definitions of agricultural
3   vehicles, but I mean a vehicle that you
4   could drive over the road?
5      A   Okay.  I guess now that he --
6      Q   Which I mean --
7      A   -- brought that up --
8      Q   -- you could drive a feed truck over
9   the road?
10     A   -- is this me personally or are we
11  talking about the cattle company, I guess,
12  now that --
13     Q   We're talking --
14     A   -- he brought it up but --
15     Q   Both?
16     A   So me, that would -- I would say
17  probably stick to my answer on there as far
18  as the cattle company.  We probably own
19  several feed trucks and -- and things like
20  that.
21     Q   Okay.  But you're not necessarily
22  sure whether or not the feed trucks that the
23  cattle company had were titled in the cattle
24  company's name?
25     A   Yes, I -- I couldn't say for sure.

71

1      Q   Sure.  Who -- you know, clearly and
2   I'm -- I'm not meaning this in any
3   disparaging way because I'm not this way
4   either.  You're not necessarily involved in
5   the books business side of the company,
6   right?
7      A   No, sir.  Well, to a point.  I give
8   my numbers on the cattle, how many we have.
9   I'm part of the process of when we sell
10  them, when we buy --
11     Q   Sure.
12     A   -- back, things like that.  But as
13  far as in accounting --
14     Q   Right.  That's what --
15     A   -- record --
16     Q   I mean, I'm talking more like
17  administrative?  Obviously --
18     A   Yes.
19     Q   -- you're involved business wise?
20     A   I'm -- I'm a pen and a paper guy.
21     Q   Who is the person that would be
22  involved administratively for the company?
23     A   We have an accountant.
24     Q   Sure.
25     A   And then I guess probably Jess, my

72

1   father, handles probably the bulk of the --
2   the billing.
3      Q   Okay.  Does your wife, Kelli, does
4   she work?
5      A   She's self-employed.
6      Q   Okay.
7      A   Hairdresser.
8      Q   Okay.  There in Ramona --
9      A   Yes.
10     Q   -- or thereabouts?  What is -- what
11  was your cellphone number during -- or on
12  May 31st of 2020?
13     A   The same as now, 918-698-6299.
14     Q   Have you ever been arrested?
15     A   No, sir.
16     Q   Have you ever been involved -- well,
17  you said earlier that you had given a
18  deposition in a case.  Have you ever been
19  named or been a party to a lawsuit before?
20     A   No, sir, not that I can remember.
21     Q   Okay.  And I just want to clear up a
22  couple of final things.  So earlier I had
23  asked you when you were stopped on the
24  highway before going through the -- the
25  people, you had said that a OHP trooper came

73

1  to your window and talked to you?
2    A   My wife's window.
3    Q   Sorry, wife's window?
4    A   Yes, sir.
5    Q   Did you ever see any Tulsa police
6  officers -- and I -- and you may not be able
7  to tell the difference.  They may all be the
8  same to you.  If they are, then tell me
9  that.  But do you recall seeing anybody and
10  thinking that's a Tulsa Police Department
11  officer?
12    A   I -- I don't recall.
13    Q   Okay.  And you've never given any
14  statements to any media about any of this?
15    A   No, sir.
16    Q   I mean, they probably don't even
17  know it's you still?
18    A   Yeah, I hope for my wife's sanity.
19        MR. ACQUAVIVA:  I -- I'm fairly
20  confident that he has told the media that he
21  will not be giving a statement, so there may
22  be some debate about what a statement means.
23  So -- but he -- he has not voluntarily given
24  what we would call or refer to as a quoted
25  statement.  To the extent, his statements

74

1  would have been, no, thank you, I don't want
2  to speak to you about anything or words to
3  that effect.
4        MR. WARREN:  Gotcha.
5    Q   (By Mr. Warren)  Have you ever heard
6  from anyone that was injured in the
7  incident?
8    A   No.
9    Q   Okay.  Are you a member of any other
10  LLC's besides Sumner Cattle Company?
11    A   No.
12    Q   Okay.  Do you receive income from
13  any other source rather than -- other than
14  Sumner Cattle Company?
15        MR. WALCHER:  Object to the
16  form.
17        THE WITNESS:  At different
18  points, I may like contract labor types of
19  income.
20    Q   (By Mr. Warren)  Not -- it's not
21  Sumner Cattle Company will contract; it's
22  you personally will contract?
23    A   Yes.
24        MR. WARREN:  I don't think I
25  have any further questions.  I don't know if

75

1  anybody else wants to take any questions or
2  if we need a break or what?
3        MR. ACQUAVIVA:  Do any counsel
4  have questions of the witness?
5        MR. WARREN:  We've got some from
6  Mr. McClure.
7        CROSS-EXAMINATION
8  BY MR. MCCLURE:
9    Q   Mr. Sumner, my name is Kevin
10  McClure, and I work for the Oklahoma
11  Attorney General's Office and I'm
12  representing the OHP in this case.  I just
13  wanted to clear up a few minor points that
14  you had testified to earlier.  Previously,
15  you testified that you did not recall seeing
16  any law enforcement prior to being in the
17  middle of the crowd that was on the
18  interstate; is that correct?
19    A   Yes.
20    Q   And matter of fact, you testified
21  that the first time you saw any law
22  enforcement was after you had stopped, a OHP
23  trooper had walked up to your vehicle on
24  your wife's side, and she had rolled down
25  the window.  And she told -- he told her to

76

1  roll up the windows, lock the doors, and
2  we'll try to get you out of here as soon as
3  possible; is that true?
4    A   I -- I believe so.
5    Q   All right.
6    A   Best of my recollection.
7    Q   Do you know what direction the OHP
8  trooper was coming from?
9    A   He came from behind our vehicle when
10  he walked up, and then he exited the same
11  way headed -- so I guess that would be back
12  to the west.
13    Q   You didn't see any highway patrolman
14  as -- as you were coming on the interstate
15  and prior to your stop; is that correct?
16    A   No, sir, I did not.
17    Q   I'm going to hand you what's been
18  designated in this case as Document No. 2.
19        MR. MCCLURE:  Sorry, I may not
20  have enough copies here.
21        MR. RYAN:  I'm fine.
22        MR. MCCLURE:  All right.
23    Q   (By Mr. McClure)  Have you ever seen
24  that before?
25    A   No, sir, not to my recollection.

77

1    Q  Just for the record, this is
2  Document No. 2, the complaint in this case.
3  You don't recall receiving a copy of this
4  with a -- a summons?
5    A  It's possible that I got one through
6  an email, but I'm not much for computers.
7  So if I got it, it's probably still sitting
8  there.  But I do not recall --
9    Q  All right.
10    A  -- coming across it.
11    Q  If I could refer to you on -- you
12  see the -- on this document, those -- each
13  paragraph is numbered.  Like on the first
14  page it starts out No. 1 under Introductory
15  Statement; you see that?
16    A  Yes, sir.
17    Q  If you could look on the second
18  page, Paragraph No. 7.  And in that
19  statement -- I'll read it to you.  Despite
20  hundreds of rally goers traveling in -- onto
21  the highway, OHP troopers allowed a Dodge
22  pickup truck hauling a large horse trailer
23  driven by a John Doe driver -- that's going
24  to be you -- to pass through a barricade and
25  drive through the rally goers.

78

1    As you testified here today that is a
2  false statement; is that true?
3    A  Yes, sir.
4    MR. WARREN:  Object to the form.
5    THE WITNESS:  Yes, sir.
6    Q  (By Mr. McClure)  Thank you.  If you
7  turn to Page 9 of that same document,
8  Paragraph No. 47, and I won't read that one
9  because that's identical language despite --
10  and it's basically saying the exact same
11  question.  Again, Paragraph No. 47 is false;
12  is that correct?
13    MR. WARREN:  Object to the form.
14    THE WITNESS:  Yes.
15    MR. MCCLURE:  Okay.  I don't
16  have any further questions.
17    THE WITNESS:  Would you like
18  that back?
19    MR. MCCLURE:  You can keep it.
20    THE WITNESS:  Oh.
21    MR. ACQUAVIVA:  Did anyone else
22  wish to ask questions of this witness?
23    MR. STARR:  Doesn't look like
24  it.
25    MR. ACQUAVIVA:  All right.

79

1  Although he is produced today individually,
2  I -- I would expect that to the extent he
3  might be the designee of one of these
4  entities, can we agree that he has fulfilled
5  the obligation that he might have as a
6  designee of -- of either the Sumner or
7  Ramona entities?  They're not my clients,
8  but I would like this gentleman to be
9  deposed only once.
10    MR. WARREN:  You're asking if
11  the deposition today will serve as the
12  deposition for Sumner Cattle as well?
13    MR. JESSE SUMNER:  No, no.
14    MR. ACQUAVIVA:  And Ramona?
15    MR. WARREN:  Yeah.  I -- I would
16  not agree to that.
17    MR. ACQUAVIVA:  Well, that's
18  harsh.
19    MR. WARREN:  Well, I -- only
20  because I haven't given any topics and it
21  doesn't seem that he's as knowledgeable on a
22  lot of it as the person -- the individual
23  that we would likely want to talk to about
24  it.
25    MR. ACQUAVIVA:  Okay.  Well, we

80

1  -- we -- we will then cross the -- the --
2  the bridges when we get to them.
3    MR. WARREN:  Yeah.
4    MR. ACQUAVIVA:  For today's
5  purposes, Mr. Sumner your job is completed.
6  Please say these words, I would like to read
7  and sign.
8    THE WITNESS:  I would like to
9  read and sign.
10    MR. ACQUAVIVA:  Thank you, sir.
11    THE WITNESS:  Thank you.
12    THE COURT REPORTER:  Chris,
13  don't go off.  Did you want a copy -- do you
14  need a copy for read and sign?
15    MR. WALCHER:  Yes.
16    THE COURT REPORTER:  Copy?  Do
17  you want a copy?
18    MR. MARTIN:  Yeah, I probably
19  should, yeah.
20    MR. MCCLURE:  We want a copy,
21  yes.
22    THE COURT REPORTER:  Yes, Mr.
23  Ryan?
24    MR. RYAN:  Yes.
25    THE COURT REPORTER:  And Mr.

81

```
 1   Starr?
 2         MR. STARR:  Yes.
 3         THE COURT REPORTER:  Okay.
 4         THE VIDEOGRAPHER:  Off the
 5   record at 11:58.
 6         (End of proceedings)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

83

```
 1   ** CORRECTION SHEET **
 2
 3   NAME: KEITH SUMNER
 4   DATE OF DEPOSITION: JANUARY 18, 2024
 5   JURAT & CORRECTION DUE:30 DAYS FROM RECEIPT
 6   RETURN TO:  SPALDING REPORTING SERVICE, 1611
     S. UTICA AVENUE, BOX 153, TULSA, OKLAHOMA
 7   74104
 8   PAGE LINE   CORRECTION & REASON FOR CHANGE
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

82

```
 1        ** JURAT **
 2
 3        I, KEITH SUMNER, do hereby state
 4   under oath that I have read the above and
 5   foregoing deposition in its entirety and
 6   that with my corrections, if any there be,
 7   the same is a full, true and correct
 8   transcript of my testimony.
 9   ____ With Corrections
10   ____ No Corrections
11
     _____
12   KEITH SUMNER
13   STATE OF _____
14   COUNTY OF _____
15
16        SUBSCRIBED AND SWORN TO before me,
17   the undersigned Notary Public in and for the
18   State of _____ by said witness,
19   KEITH SUMNER, this the _____ day of
20   _____ 2024.
21
     _____
22   NOTARY PUBLIC
     STATE OF _____
23
24
     MY COMMISSION EXPIRES: _____
25
```

84

```
 1        **CERTIFICATE **
 2
 3   STATE OF OKLAHOMA      )
 4   COUNTY OF TULSA        )
 5
        I, Marisa Spalding, a Certified
 6   Shorthand Reporter, in and for the State of
     Oklahoma, DO HEREBY CERTIFY, that the
 7   foregoing Witness, KEITH SUMNER, appeared
     before me, and that the said Witness was
 8   first duly sworn by me to tell the truth,
     the whole truth, and nothing but the truth
 9   in the case aforesaid.
10    I FURTHER CERTIFY, that the said
     Deposition was taken by me in stenograph on
11   January 18, 2024, and that the foregoing
     testimony was later reduced to
12   computer-aided transcription under my
     supervision, and that the same is a full,
13   true, correct, and complete transcript of
     said Deposition so given.
14
        I FURTHER CERTIFY, that I am not an
15   attorney for, nor relative of any of the
     parties involved in this action or otherwise
16   interested in the event of same.
        WITNESS MY HAND AND SEAL this the 1st
17   day of February, 2024.
18
19   Marisa Spalding
     MARISA SPALDING, CSR, RPR
     Oklahoma Certified Shorthand Reporter
20   Certificate Number 01750
     Expiration Date:  December 31, 2024
21
22
23
24
25
```

**A**

able 32:9, 51:8
    73:6
above-styled 3:3
accident 52:11
accidents 65:18
accountant
    71:23
accounting
    71:13
Acquaviva 2:7
    3:7, 7:24, 7:25
    8:4, 8:7, 30:16
    30:21, 35:25
    36:17, 36:23
    37:2, 39:4
    51:13, 52:3
    52:8, 52:25
    53:7, 54:25
    57:3, 59:13
    69:15, 69:20
    73:19, 75:3
    78:21, 78:25
    79:14, 79:17
    79:25, 80:4
    80:10
acres 11:23
    11:23, 11:23
action 84:15
active 19:20
actual 30:1
address 67:19
administer 5:11
administrative
    71:17
administratively
    71:22
admit 31:23
affidavit 18:7
aforesaid 84:9
afraid 49:22
age 8:10
Agency 1:7
ago 9:8, 9:10
    17:23, 24:17

45:2
agree 79:4
    79:16
agreed 4:2, 4:12
    4:22, 5:7
agreement 3:8
    4:7
Agreements 6:4
agricultural
    69:16, 69:21
    70:2
ahead 34:8
    34:20, 35:2
    35:7, 35:23
    36:9, 46:23
    57:7
alert 51:25
alive 65:15
allowed 77:21
allows 66:19
amount 40:21
    44:20
answer 10:3
    13:13, 36:2
    52:6, 52:18
    52:20, 70:17
answering
    10:23
answers 10:13
anybody 16:10
    21:19, 36:5
    40:11, 47:8
    47:13, 50:8
    50:10, 73:9
    75:1
apologize 53:9
appearances 6:3
    7:6
appeared 29:25
    84:7
appearing 2:8
    2:9, 4:4, 4:14
    4:24, 5:9, 5:15
approaching
    36:14
approximately

24:19
AQUAVIVA
    2:6, 8:22, 22:14
    22:19
arrested 72:14
asked 5:14
    21:24, 22:4
    44:10, 54:23
    72:23
asking 10:24
    79:10
associated 62:23
assume 11:24
    13:14, 14:10
    63:8, 63:15
    63:18
attack 47:4
attacked 46:8
attacking 46:21
attending 11:7
    11:9
attorney 2:13
    5:14, 7:14
    54:11, 54:14
    54:19, 58:12
    58:14, 58:15
    58:25, 59:1
    75:11, 84:15
attorney/client
    51:22, 52:16
attorneys 4:4
    4:13, 4:23, 5:8
    21:16, 22:1
    56:18, 58:13
authorized 5:11
Ave 2:16
Avenue 1:23
    2:3, 2:19, 83:6
avoid 56:1
awareness
    36:19

**B**

back 10:8, 12:21
    23:6, 23:10

27:25, 31:11
    32:15, 33:13
    41:16, 46:1
    46:6, 49:4, 49:8
    50:3, 50:12
    61:2, 61:6
    67:20, 71:12
    76:11, 78:18
bad 10:17, 65:7
Baltimore 2:19
banging 43:6
    45:11
barn 15:19
barricade 77:24
base 44:20
based 23:2, 49:6
    59:18
basically 78:10
basis 57:4
beat 47:10
beating 45:11
    45:15, 45:25
bed 44:1
believe 24:2
    24:8, 28:10
    28:16, 28:21
    32:24, 36:4
    37:20, 38:21
    38:23, 40:10
    44:22, 46:13
    47:5, 47:7, 47:8
    52:17, 54:8
    54:12, 54:13
    55:21, 56:4
    56:19, 59:9
    59:10, 59:21
    60:2, 63:12
    63:22, 65:22
    66:23, 67:18
    68:4, 68:14
    68:20, 76:4
best 9:9, 9:24
    10:10, 16:18
    24:9, 25:19
    28:20, 37:16
    76:6

better 29:15
    32:5, 60:8
bicycle 46:13
billing 72:2
bit 15:15, 31:23
    35:1, 39:20
    47:9, 54:22
    54:23, 58:5
    61:8, 61:10
blocked 38:3
blocking 37:21
    38:7, 46:11
Bloomer 30:3
    30:5
books 71:5
bottles 47:1
    47:2
bought 17:20
    17:21, 26:20
    67:7
Boulder 2:6
bounce 46:15
Box 1:23, 83:6
break 10:15
    10:16, 60:21
    61:1, 75:2
BRENT 1:9
brick 46:25
    48:16, 48:24
bricks 47:11
bridges 80:2
broad 52:9
brother 12:1
    13:5, 18:11
    18:13, 19:7
    19:11, 49:15
    50:5, 55:10
    55:12, 55:13
    55:21, 69:11
brother's 19:13
    49:12, 53:11
    63:24
brothers 11:18
brought 70:7
    70:14
built-out 26:16

23

**bulk** 72:1
**business** 14:18
62:18, 62:19
62:20, 71:5
71:19
**busy** 20:14
**buy** 71:10

**C**

**Cain** 2:6, 3:7
**call** 9:1, 14:25
33:6, 36:12
42:20, 50:3
73:24
**called** 51:2, 51:7
55:20, 55:21
57:15, 66:18
**Caney** 20:23
**Canton** 23:15
23:16, 23:20
24:4, 32:17
32:19, 32:21
33:12, 33:18
**car** 34:20, 37:19
37:22, 38:13
39:25, 40:18
41:1, 41:4
41:12, 41:23
41:24, 42:3
42:13, 42:22
45:10, 46:25
65:18, 68:1
68:21
**card** 54:21
**care** 15:10
16:11, 16:13
17:10, 18:22
**Carolina** 26:2
26:9
**carry** 47:23
**cars** 34:5, 37:14
43:3
**case** 1:4, 11:14
23:4, 27:13
53:4, 72:18

75:12, 76:18
77:2, 84:9
**cases** 65:17
**category** 61:19
**cattle** 2:18, 7:10
12:24, 14:19
14:21, 14:22
14:23, 15:4
15:9, 15:21
16:2, 16:11
16:13, 16:22
17:7, 17:10
17:13, 18:10
18:16, 18:22
18:22, 19:1
19:20, 27:23
62:7, 62:8, 62:9
62:11, 62:22
62:24, 63:7
63:14, 70:11
70:18, 70:23
70:23, 71:8
74:10, 74:14
74:21, 79:12
**Cattle's** 64:1
**Cattle/Sumner**
62:8
**cause** 3:3, 4:18
5:2, 5:16, 8:11
**caused** 21:7
40:17
**cautioned** 8:10
**cellphone** 72:11
**Central** 23:19
**certain** 56:20
67:23
**Certificate** 6:10
84:20
**certified** 3:5
5:17, 84:5
84:19
**CERTIFY** 84:6
84:10, 84:14
**chance** 46:18
**CHANGE** 83:8
**charge** 30:8

**charges** 56:3
**children** 41:7
**Chris** 2:23
80:12
**city** 1:10, 1:12
2:10, 2:14, 7:17
32:16, 54:11
54:20
**Clayton** 16:16
19:23
**clean** 10:6
**clear** 64:7
72:21, 75:13
**clearly** 71:1
**client** 51:19
**clients** 79:7
**Clinton** 18:14
18:15, 19:7
49:13, 49:14
50:6, 55:13
**Clinton's** 49:20
53:13
**close** 35:1, 36:8
**college** 11:7
11:10
**combined** 62:10
**come** 20:2, 20:9
37:10, 38:10
38:14, 39:22
43:13, 53:12
**comes** 20:1
**coming** 23:6
23:10, 37:20
43:24, 65:11
76:8, 76:14
77:10
**COMMISSION**
82:24
**common** 47:9
47:13
**company** 2:18
7:10, 14:19
14:22, 14:23
15:4, 15:9, 16:2
16:22, 17:7
17:13, 17:25

18:10, 18:16
18:23, 19:1
19:4, 19:21
30:3, 63:7
63:14, 69:12
69:13, 70:11
70:18, 70:23
71:5, 71:22
74:10, 74:14
74:21
**company's**
70:24
**compete** 61:16
**competes** 62:1
62:24
**competitions**
61:14
**complaint** 77:2
**complete** 37:10
38:3, 38:17
42:17, 84:13
**completed** 80:5
**completely** 38:7
**complied** 4:11
5:5
**computer-aided**
84:12
**computers** 77:6
**concerned** 56:2
56:11, 64:8
64:25
**confident** 73:20
**confrontational**
41:3, 41:8
**confused** 9:5
32:20
**connect** 51:8
**connected** 12:8
26:9, 55:8
**Cont** 61:4
**contact** 42:21
43:2, 43:4
48:14
**contacted** 50:5
50:14
**contained** 4:16

**contested** 5:16
**context** 40:19
**contract** 17:8
20:10, 74:18
74:21, 74:22
**control** 42:8
**conversation**
39:1, 39:7, 52:1
52:11
**conversations**
52:7
**copies** 76:20
**copy** 5:17, 77:3
80:13, 80:14
80:16, 80:17
80:20
**correct** 11:18
12:1, 18:11
18:23, 59:20
75:18, 76:15
78:12, 82:7
84:13
**Correction** 6:9
83:5, 83:8
**corrections** 82:6
82:9, 82:10
**counsel** 7:5
51:25, 57:6
57:8, 69:15
75:3
**county** 15:13
15:14, 15:23
16:14, 20:19
21:5, 21:8
58:12, 62:12
62:13, 62:14
82:14, 84:4
**couple** 9:21
24:13, 66:12
72:22
**court** 1:1, 5:1
7:18, 8:5, 16:17
80:12, 80:16
80:22, 80:25
81:3
**courtroom** 8:23

8:24
cow 9:14, 17:20
  17:21
crazed 49:23
crew 24:20
criminal 56:2
cross 80:1
CROSS-EXA...
  75:7
crowd 40:24
  41:15, 41:25
  42:9, 44:18
  44:24, 45:4
  45:13, 46:10
  47:10, 47:20
  48:4, 48:7
  48:10, 75:17
crying 46:1
CSR 1:20, 84:19
currently 11:2
  14:15, 14:16
cutting 10:7

**D**

dad 11:25
  13:13, 17:22
  18:10, 19:19
  20:7, 25:10
  51:3, 51:7
  52:11, 52:12
  53:18, 53:20
  53:25, 59:4
  68:1, 69:11
dad's 9:4, 28:14
  30:12, 30:14
  30:21, 30:14
Daddy 46:7
daily 68:3
damaged 29:15
dash 47:25
date 1:19, 23:5
  54:9, 54:17
  57:13, 83:4
  84:20
daughter 11:6
  11:7, 58:25

63:1, 63:3
68:13, 68:14
68:18
daughters 14:14
  23:13, 29:9
day 3:4, 20:3
  31:2, 31:3
  50:19, 53:24
  57:10, 82:19
  84:17
days 5:12, 31:1
  83:5
deal 11:12
  56:24, 66:14
dealer 26:2
  26:9
dealing 66:16
debate 73:22
December 84:20
decision 40:23
  40:24, 42:2
deeded 14:4
Defendants 1:13
definitions 70:2
Department 1:6
  60:4, 73:10
deposed 79:9
deposition 1:16
  3:1, 4:5, 4:6, 4:8
  4:17, 4:24, 5:10
  8:17, 9:4, 9:6
  9:12, 10:19
  21:17, 72:18
  79:11, 79:12
  82:5, 83:4
  84:10, 84:13
describe 11:20
designated
  76:18
designee 79:3
  79:6
despite 77:19
  78:9
Detroit 2:3
difference 48:2
  73:7

different 15:6
  20:13, 20:13
  21:9, 66:20
  70:2, 74:17
digging 44:1
  54:23
direct 8:13
  52:18, 61:4
direction 76:7
discovery 23:3
  29:19, 51:24
  58:2
discussion 22:22
  44:9, 51:10
  51:12, 52:16
  52:22, 53:1
discussions
  51:14, 51:18
  51:21, 52:21
disparaging
  71:3
DISTRICT 1:1
  1:1
divided 26:15
document 76:18
  77:2, 77:12
  78:7
documentation
  67:12
documents
  11:14, 21:21
  67:6
Dodge 28:21
  31:15, 31:20
  67:24, 68:22
  77:21
Doe 1:13, 77:23
dog 32:9
door 41:16, 44:2
  45:21, 45:22
  47:12
doors 43:6
  44:13, 45:19
  45:20, 76:1
DPS/OHP 7:15
drive 39:17

40:18, 44:18
  46:9, 49:6, 50:1
  63:16, 66:19
  68:3, 68:5, 70:4
  70:8, 77:25
driven 48:4
  77:23
driver 1:13
  77:23
driver's 48:19
drives 39:13
driving 25:9
  28:19, 30:12
  30:14, 31:1
  31:10, 33:22
  36:25, 41:24
  42:3, 42:14
  45:3, 45:23
  46:24, 47:9
  67:25, 68:15
  68:18
drove 47:20
ducks 57:1
DUE:30 83:5
duly 3:2, 8:10
  84:8

**E**

earlier 22:17
  58:14, 61:12
  68:25, 72:17
  72:22, 75:14
early 24:9
  24:10, 24:11
earns 19:5
East 2:10, 2:16
Edan 35:13
education 21:1
effect 4:9, 4:19
  5:3, 74:3
effective 22:20
eight 25:21
either 24:10
  51:20, 69:11
  71:4, 79:6

elected 56:19
email 22:3, 77:6
employed 14:15
  14:17
endorsed 66:22
enforcement
  37:25, 40:6
  50:14, 60:10
  60:12, 75:16
  75:22
engaging 43:8
entirety 82:5
entities 79:4
  79:7
Ernest 2:8, 7:22
escalating 41:5
especially 45:2
essentially 17:3
estimate 27:20
  39:5
estimated 39:7
estimating
  39:10
event 36:11
  61:19, 62:3
  62:4, 62:4
  84:16
everybody
  33:13, 34:15
  58:22
evidence 4:17
ex 1:6
exact 33:20
  50:15, 54:9
  54:17, 57:13
  78:10
exactly 12:12
  18:3, 35:2, 36:3
  38:1, 38:4
  41:13, 42:23
  58:9, 63:11
Examination
  6:6, 6:7, 8:13
  61:4
exclude 69:16
  69:21

25

Excuse 39:5
EXHIBITS 6:12
exist 17:13
existed 17:17
exited 76:10
expect 53:5
  79:2
experience
  15:16
Expiration
  84:20
EXPIRES 82:24
explain 40:16
extended 35:17
extent 33:23
  51:20, 73:25
  79:2
eye 66:25

**F**

fact 67:18
  75:20
fair 53:3, 69:23
fairly 52:1
  67:22, 73:19
fall 33:21
false 78:2, 78:11
familiar 61:21
families 33:24
  35:10
family 24:13
  29:7, 29:8
  34:19, 35:9
  35:12, 35:13
  35:16, 35:17
  41:11, 56:6
  64:23
family's 11:17
  13:22
far 12:23, 37:9
  40:14, 40:17
  41:6, 43:17
  43:21, 44:5
  44:11, 51:6
  53:19, 53:24

54:4, 54:4
60:13, 62:17
62:19, 67:8
70:17, 71:13
farm 15:18
fast 38:5
father 11:17
  13:2, 51:2
  51:11, 51:18
  52:22, 72:1
father's 50:24
February 84:17
fee 57:20
feed 12:23, 69:4
  70:8, 70:19
  70:22
feel 56:16
fell 34:22, 46:14
felt 46:15, 56:22
Felty 2:23
figure 58:3
figuring 56:23
filed 18:8
final 72:22
find 65:8
fine 50:16
  76:21
finish 10:11
  10:12, 49:24
firearm 47:23
first 5:14, 8:10
  17:20, 17:21
  23:23, 32:22
  33:2, 33:6
  34:11, 50:13
  54:6, 54:15
  75:21, 77:13
  84:8
five 27:18
flea 23:22, 32:21
  32:25, 33:8
  33:10
Fogel 35:12
following 42:3
follows 8:12
  52:17

force 4:9, 4:18
  5:2
foregoing 82:5
  84:7, 84:11
forget 66:17
form 4:16
  30:17, 30:20
  33:21, 36:1
  37:3, 65:20
  66:1, 74:16
  78:4, 78:13
forth 3:9, 10:8
forward 53:5
found 26:10
four 27:18
frame 53:8
FRANKLIN
  1:10
Friday 24:10
  24:11, 31:4
friend 24:13
  55:11
friends 24:15
  38:22
front 37:14
  37:19, 37:22
  38:13, 38:22
  40:1, 40:18
  41:1, 41:4, 42:4
  46:14, 48:19
frozen 47:2
fulfilled 79:4
full 82:7, 84:12
full-time 18:2
  18:21, 18:25
fully 4:11, 5:5
further 4:12
  4:22, 5:7, 36:9
  74:25, 78:16
  84:10, 84:14

**G**

gather 17:10
gathered 39:21
general 2:13

33:17, 54:14
  55:24, 58:14
  58:16
General's 7:14
  75:11
generally 23:17
  34:1
gentleman
  41:19, 42:5
  79:8
getting 23:2
  47:16, 64:9
  65:1
give 9:12, 40:19
  46:17, 47:24
  58:21, 71:7
given 9:6, 72:17
  73:13, 73:23
  79:20, 84:13
giving 73:21
glad 65:15
glass 48:24
  48:25
Glenpool 33:19
  34:23
go 9:20, 24:4
  24:16, 25:8
  27:8, 29:2
  32:15, 32:21
  40:23, 40:24
  41:12, 42:13
  42:15, 45:6
  46:9, 48:5, 48:9
  49:8, 49:11
  49:20, 57:7
  61:9, 65:9
  80:13
goers 42:19
  77:20, 77:25
goes 32:24
going 8:16, 9:3
  10:8, 10:9
  10:18, 23:1
  27:10, 28:14
  41:23, 42:18
  45:6, 46:7

46:22, 51:1
  53:5, 61:9
  72:24, 76:17
  77:23
good 10:9, 11:12
  36:20, 36:21
  38:19, 46:3
  65:7
gotcha 14:6
  14:10, 16:1
  18:6, 20:8
  22:10, 36:10
  60:18, 62:5
  64:5, 74:4
grabbing 45:17
graduate 20:21
group 34:8
  34:21, 35:4
  35:20
grow 20:18
guess 17:8
  17:22, 18:19
  22:19, 22:20
  23:1, 27:6, 27:9
  32:10, 35:5
  43:10, 44:4
  57:23, 60:8
  65:17, 68:6
  70:5, 70:11
  71:25, 76:11
gun 47:24
guns 45:13
guy 12:23, 13:1
  16:12, 52:5
  71:20
guys 15:17
  15:23, 24:12
  24:15, 24:22
  25:2, 25:8
  33:25, 40:19
  42:22, 51:8
  60:22, 62:16
  64:6, 64:8
  64:10, 64:14
  64:22, 64:25
  65:10

26

**H**

Hairdresser 72:7
hand 76:17 84:16
handle 45:21
handles 44:3 72:1
happen 10:19
happened 41:14 51:4, 52:13 59:24, 68:10
happening 36:12, 44:25
happens 44:16
hard 10:1
harsh 79:18
hat 8:23, 8:24
haul 27:14
hauled 26:25 28:2
hauling 25:12 77:22
hay 20:1
Hayes 2:11 7:16
hazy 45:1
headed 76:11
heading 33:13
hear 21:14 59:16
heard 74:5
hearing 5:16
heavily 56:25
held 16:24 16:25
help 20:1, 20:10 20:12, 20:16 30:6, 59:19
helped 17:9
helps 16:11 19:22
hereinafter 3:8
hereinbefore 8:9

hereto 4:3, 4:13 4:23, 5:8
Hey 59:12
high 20:21, 21:2 35:24, 36:5 37:10, 37:17 38:7, 40:7 42:18, 43:19 46:23, 47:18 48:3, 49:3 50:20, 50:24 54:12, 60:2 67:19, 72:24 76:13, 77:21
highways 33:20
hill 38:10
hired 64:13
hitting 9:14 45:16, 45:25 46:24, 47:3
Hobson 2:16
hold 25:20 36:24, 51:13
hollering 41:18 46:6
home 11:8, 13:6 33:13, 46:9 65:9
homes 12:4
honest 12:23
honestly 47:5
hope 73:18
hoping 56:5
horse 77:22
horses 27:24
hours 16:7
house 11:25 14:8, 14:11 49:9, 49:12 49:21, 49:24 50:22, 50:22 50:24, 50:25 53:11, 53:13
housekeeping 22:15, 36:18

huge 11:23
hump 38:12
hundreds 77:20

**I**

idea 27:11 36:10, 36:13 36:18, 57:20 64:11, 64:20
identical 78:9
identities 65:2
III 2:8
impact 59:23
incident 23:6 29:18, 30:1 55:12, 56:6 57:11, 60:5 74:7
incline 37:17
income 19:5 74:12, 74:19
increase 46:20
INDEX 6:1
indicated 25:25 29:23, 30:2 58:14
individual 44:17 64:3, 79:22
individually 79:1
individuals 35:6
information 13:3, 48:11 49:23, 50:21 58:5
initial 52:10 52:14
initially 55:18
injured 74:6
insane 45:24
instruct 52:19
instructing 52:6
insure 31:25 32:5, 32:9
intend 52:19

intending 69:16 69:21, 69:25
intense 42:24
interaction 44:5
interested 84:16
Internet 65:7
Interrogatory 25:25
interrupting 10:8
interstate 75:18 76:14
interview 11:16 29:22
interviews 64:8
Introductory 77:14
investigation 53:24, 59:8
involve 52:23
involved 61:13 71:4, 71:19 71:22, 72:16 84:15
irons 45:13 47:10
issue 60:1
issued 59:9 60:2

**J**

Jaci 11:7, 23:13
Jack 2:4, 7:7 8:16, 22:14 36:17
James 8:19
January 1:19 3:4, 7:4, 83:4 84:11
Jay 7:24, 52:5 59:12
jerk 10:5
Jess 13:2, 71:25
Jesse 2:5, 2:23 7:25, 8:2, 19:14

19:19, 20:5 51:15, 51:16 60:23, 79:13
Jesse's 25:10 28:4
job 18:21, 18:25 19:3, 47:17 56:17, 80:5
John 1:9, 1:13 77:23
JOHNSON 2:16
Jon 2:21, 7:9
JOSEPH 2:7
Jr 2:7, 19:16
judges 56:18
judgment 18:8
jugs 47:1
Jurat 6:8, 83:5
justified 56:21

**K**

keep 15:18 15:19, 16:8 46:21, 78:19
Keith 1:17, 2:5 3:1, 4:5, 6:5, 8:1 8:8, 8:19, 9:1 9:5, 11:1, 22:24 51:15, 53:6 61:6, 82:3 82:12, 82:19 83:3, 84:7
Kelli 11:5, 23:12 72:3
kept 64:11
Kevin 2:14, 7:13 75:9
kicked 41:16
kids 46:1, 46:5 59:6
killed 47:6 47:15
kind 11:20 16:25, 23:1 24:22, 26:15

27

28:18, 29:6
32:20, 33:21
42:21, 51:9
58:11
**kinds** 66:20
**KING** 2:19
**knew** 53:4
55:12
**Knight** 1:3, 7:8
**know** 9:25
10:16, 11:13
11:21, 11:23
12:11, 12:22
12:25, 13:2
13:13, 14:21
15:1, 17:1
17:16, 18:2
18:17, 18:20
22:4, 22:10
22:25, 23:17
24:3, 27:3
28:17, 28:23
31:14, 31:20
32:1, 32:2
33:20, 34:10
34:12, 34:21
35:2, 35:6
35:21, 36:3
39:19, 40:11
40:20, 41:10
42:24, 44:19
50:15, 51:3
51:6, 53:19
53:23, 54:1
54:5, 54:8
54:17, 56:7
57:13, 57:16
58:18, 58:19
59:23, 60:3
60:6, 61:8
61:22, 64:6
64:7, 64:10
64:18, 65:13
67:6, 67:14
68:9, 69:5, 69:8
71:1, 73:17

74:25, 76:7
**knowledge** 24:9
28:20
**knowledgeable**
79:21
**known** 65:2

**L**

**labeled** 15:3
**labor** 17:8
20:10, 74:18
**lady** 41:16
**lands** 33:5
**language** 78:9
**Lani** 11:6, 23:13
**large** 12:6
77:22
**largely** 42:3
**lasts** 57:20
**law** 2:3, 37:25
40:5, 50:14
56:15, 60:10
60:12, 75:16
75:21
**lawful** 8:10
**lawsuit** 65:12
72:19
**lawyer** 51:17
51:19
**lease** 15:25
**leave** 21:8
**left** 24:3, 24:8
31:3, 66:23
**legal** 57:5
**legalities** 32:2
**letting** 41:12
**license** 47:22
66:5, 66:19
66:23
**life** 65:3
**line** 33:21, 34:4
35:3, 57:4, 83:8
**listening** 29:22
**literally** 65:9
**little** 15:15

26:16, 31:23
34:23, 35:1
38:12, 47:9
54:22, 54:23
58:4, 61:10
**live** 11:2, 11:4
11:15, 11:16
11:25, 12:3
19:17
**lived** 13:15
13:21, 13:22
14:11, 21:4
50:23, 65:8
**lives** 19:8, 41:7
**livestock** 15:10
15:11, 15:17
**living** 12:24
49:15
**LLC** 12:11
12:16, 12:17
12:20, 13:1
13:2, 13:6
14:18, 15:1
15:5, 15:6
17:19, 17:25
18:3
**LLC's** 74:10
**located** 15:12
**lock** 44:12, 76:1
**locked** 45:19
**lodged** 48:24
**long** 9:8, 13:15
13:21, 13:21
16:21, 17:16
17:23, 24:17
30:11, 30:13
30:23, 30:24
38:16, 45:2
49:4, 57:20
**look** 65:8, 77:17
78:23
**looked** 64:16
**looking** 43:2
43:25, 44:1
50:16
**lot** 11:22, 29:2

29:3, 29:4, 56:7
56:15, 56:17
65:14, 79:22
**lots** 45:12

**M**

**Mack** 55:3, 55:4
55:5, 55:6, 55:9
64:13
**major** 56:24
**making** 42:21
**man** 64:6, 64:14
**manager** 16:4
**manufacturer**
29:20
**marathon** 10:17
**march** 36:11
**Marisa** 1:20, 3:4
9:22, 84:5
84:18, 84:19
**market** 23:22
32:25, 33:8
33:10
**markets** 32:22
**married** 17:23
**Martin** 2:11
7:16, 7:16, 55:5
55:6, 55:6, 55:9
55:15, 55:25
57:10, 59:19
60:15, 64:13
80:18
**matter** 67:18
75:20
**McClure** 2:14
6:7, 7:13, 7:13
39:16, 75:6
75:8, 75:10
76:19, 76:22
76:23, 78:6
78:15, 78:19
80:20
**mean** 11:21
11:21, 11:22
11:22, 11:24

15:20, 16:5
17:2, 18:20
19:25, 23:17
24:6, 27:5
27:11, 30:21
30:23, 34:14
34:18, 38:6
41:6, 43:7
43:12, 50:19
57:17, 59:24
63:8, 64:18
66:18, 68:6
70:3, 70:6
71:16, 73:16
**meaning** 36:19
71:2
**means** 73:22
**media** 73:14
73:20
**meet** 21:19
22:16
**meeting** 54:15
57:25, 60:7
60:10, 60:14
**member** 18:9
74:9
**memory** 9:9
44:16
**mentioned**
57:25, 61:12
**met** 8:15, 54:10
55:10, 55:16
**middle** 75:17
**milk** 47:1
**Miller** 54:13
55:3
**mind** 8:17
16:18
**mine** 14:5
**minor** 35:9
75:13
**minutes** 38:19
39:3, 39:10
40:21, 49:7
50:2
**mirror** 66:24

**mirrors** 45:17
**mob** 42:9, 45:10
  45:23, 46:8
  49:23
**mom** 17:22
**moment** 44:16
**Monday** 23:23
  32:22, 33:2
  33:6
**month** 23:23
  25:2, 32:23
  33:4
**months** 25:21
**morning** 21:22
  24:10, 24:11
  25:24, 33:15
  55:16
**motion** 18:9
**motivated** 56:8
  56:12
**motorcycle** 67:1
  67:3
**motorcycle's**
  66:22
**mouth** 16:6
**moved** 14:7
**moving** 66:3
**multiple** 34:7

**N**

**naive** 31:23
**name** 8:16, 8:18
  12:20, 14:21
  16:15, 16:19
  19:13, 30:2
  32:16, 54:12
  62:6, 63:23
  63:24, 64:1
  64:2, 64:3, 64:9
  65:1, 65:5, 69:8
  70:24, 75:9
  83:3
**named** 8:9
  72:19
**names** 35:8

58:21, 65:11
**NE** 2:13
**necessarily**
  70:21, 71:4
**need** 10:15
  20:12, 23:17
  27:25, 33:16
  46:4, 60:20
  68:7, 75:2
  80:14
**needed** 19:22
  27:13, 41:10
  41:11, 59:22
**negative** 65:10
  40:6, 40:15
**never** 43:17
  66:11, 66:15
  73:13
**news** 56:24
**night** 24:6
**nod** 10:1
**normal** 37:4
  37:5
**normally** 29:11
**North** 26:2, 26:9
**NORTHERN**
  1:1
**Notary** 4:25
  82:17, 82:22
**notice** 4:7, 26:14
**Nowata** 62:14
**number** 72:11
  84:20
**numbered** 3:3
  77:13
**numbers** 71:8
**numerous** 33:24

**O**

**oath** 8:12, 82:4
**oaths** 5:12
**object** 30:16
  30:20, 35:25
  37:2, 57:3
  65:19, 65:25
  74:15, 78:4

78:13
**objecting** 30:19
**Objection** 39:16
**objections** 4:15
**obligation** 79:5
**obviously** 22:10
  22:25, 71:17
**offer** 22:15
**offering** 4:17
**offers** 51:20
**office** 2:12, 7:14
  54:25, 75:11
**officer** 5:11
  40:6, 40:15
  48:8, 54:13
  73:11
**officers** 56:16
  73:6
**offices** 3:7
**official** 18:17
**officially** 17:2
**Oh** 7:22, 9:9
  14:1, 24:17
  24:20, 26:11
  31:13, 38:20
  48:21, 49:2
  78:20
**OHP** 44:9
  44:21, 50:3
  51:4, 51:9
  53:12, 53:16
  53:18, 53:21
  53:24, 54:7
  58:6, 59:7
  72:25, 75:12
  75:22, 76:7
  77:21
**ok** 60:22
**okay** 8:4, 8:21
  8:25, 9:8, 9:11
  9:15, 9:18, 10:4
  10:14, 10:24
  10:25, 11:4
  11:9, 11:20
  12:3, 12:10
  12:13, 12:20

12:25, 13:4
  13:6, 13:9
  13:11, 13:15
  13:20, 14:1
  14:3, 14:10
  14:14, 14:20
  14:24, 15:2
  15:8, 15:11
  16:1, 16:5
  16:15, 16:21
  16:24, 17:16
  17:24, 18:4
  18:15, 19:3
  19:7, 19:15
  19:19, 19:23
  20:6, 20:11
  20:21, 20:24
  21:1, 21:7
  21:11, 21:19
  21:25, 22:18
  23:9, 23:16
  23:20, 23:25
  24:3, 24:12
  24:15, 25:5
  25:8, 25:12
  25:18, 26:11
  26:19, 26:22
  26:25, 27:3
  27:15, 28:2
  28:7, 28:17
  28:23, 29:1
  29:4, 29:10
  29:13, 30:11
  31:7, 31:10
  31:19, 31:22
  32:11, 32:14
  32:14, 33:3
  33:15, 34:7
  34:10, 35:5
  35:14, 35:21
  36:16, 36:23
  36:25, 37:1
  37:9, 38:10
  38:20, 39:2
  40:5, 40:16
  42:2, 44:15

44:23, 48:15
  48:21, 49:8
  49:18, 49:20
  51:7, 52:3, 53:2
  53:6, 53:15
  53:18, 53:20
  53:23, 54:3
  54:6, 55:8
  55:17, 55:22
  58:20, 58:23
  59:6, 59:11
  59:14, 60:3
  60:17, 61:11
  62:2, 62:11
  62:15, 62:21
  63:2, 63:5
  63:25, 64:5
  67:1, 67:5
  67:13, 67:21
  67:24, 68:3
  69:2, 69:6
  69:14, 70:5
  70:21, 72:3
  72:6, 72:8
  72:21, 73:13
  74:9, 74:12
  78:15, 79:25
  81:3
**Oklahoma** 1:1
  1:5, 1:6, 1:8
  1:11, 1:24, 2:4
  2:7, 2:11, 2:12
  2:14, 2:14, 2:17
  2:20, 3:6, 7:14
  11:3, 21:11
  54:11, 54:14
  54:20, 67:15
  75:10, 83:6
  84:3, 84:6
  84:19
**old** 33:1, 50:22
**older** 44:17
**oldest** 11:6
  68:14, 68:17
**once** 13:8, 25:4
  25:4, 25:6, 65:6

79:9
one-ton 28:10
ongoing 57:15
online 26:10
  61:13
open 15:20
  15:21, 34:24
  45:20
original 5:9
  5:19
Osage 15:13
  15:23, 16:14
OSU 11:11
outside 66:24
overlap 66:12
owned 14:8
  25:16, 31:21
owns 12:10
  12:18, 15:5

**P**

page 6:2, 9:20
  10:22, 77:14
  77:18, 78:7
  83:8
paid 57:19
paper 13:10
  71:20
paperwork
  12:23, 13:1
paragraph
  77:13, 77:18
  78:8, 78:11
parents 35:12
parked 39:19
part 26:23
  51:25, 52:15
  65:14, 71:9
particular 30:22
  60:7
parties 4:3, 4:13
  4:23, 5:8, 84:15
partner 12:15
  14:18
party 72:19

pass 40:2, 77:24
passenger's
  40:3
pasture 15:20
  15:22
patrol 22:2
  54:12, 60:2
patrolman
  43:19, 46:23
  47:19, 48:3
  49:3, 50:21
  50:25, 67:19
  76:13
paying 57:18
pen 71:20
people 10:7
  20:9, 26:17
  27:25, 31:25
  32:8, 34:8
  34:12, 35:23
  37:13, 46:19
  66:4, 72:25
percent 10:18
perfect 22:23
  27:21, 28:13
perfectly 12:22
person 2:9, 4:20
  71:21, 79:22
personally
  12:13, 60:11
  61:16, 68:11
  70:10, 74:22
phone 38:22
  38:24, 55:19
physically 15:12
pickup 77:22
pictures 54:2
piece 12:6
  13:17, 14:4
  15:24, 15:25
place 9:13
  13:25, 29:10
placed 47:25
plaintiff 1:3, 2:2
  4:5, 7:8
please 7:5, 7:19

8:6, 60:23, 80:6
PLLC 2:3, 2:19
point 10:19
  21:8, 29:23
  31:5, 37:9
  37:15, 37:21
  37:24, 38:8
  39:20, 39:22
  40:22, 40:25
  40:25, 41:5
  41:9, 41:12
  41:25, 44:24
  45:5, 45:24
  46:5, 46:22
  47:18, 51:1
  52:10, 57:2
  68:15, 69:5
  69:24, 71:7
points 74:18
  75:13
police 60:4, 73:5
  73:10
politically 56:8
  56:12
portion 26:16
possible 9:21
  44:14, 76:3
  77:5
Possibly 60:16
potentially
  39:10
preparation
  22:20
prepare 21:17
prepared 59:19
present 2:23
  4:20
pretty 16:9
  29:24, 38:5
  38:5, 38:9
  39:13, 42:24
  45:1
Previously
  75:14
prior 5:15, 14:7
  17:6, 17:14
pull 28:5, 28:12

27:1, 28:3
  30:13, 30:24
  31:2, 31:3
  65:18, 75:16
  76:15
privilege 51:16
  51:22
privileged 52:25
probably 9:10
  10:1, 10:20
  16:3, 16:23
  18:1, 25:1
  25:20, 27:18
  27:21, 32:7
  32:10, 35:19
  49:6, 49:7
  50:18, 61:20
  63:16, 63:18
  66:2, 68:13
  68:15, 70:17
  70:18, 71:25
  72:1, 73:16
  77:7, 80:18
proceedings
  81:6
process 71:9
produced 3:1
  58:2, 79:1
prompted 40:23
prone 10:1, 10:7
properly 5:10
  5:20
property 12:7
  12:8, 12:10
  12:14, 13:16
  13:17, 14:4
  15:5, 15:24
  15:25
prosecutor
  58:11, 58:12
protesters 37:20
  42:19, 43:25
public 1:7, 1:7
  4:25, 65:2
  82:17, 82:22
pull 28:5, 28:12

30:15, 31:5
  31:7, 45:19
  50:25
pulled 27:18
  34:25, 47:18
  48:2, 48:7
pulling 31:12
  44:2, 45:18
purchase 25:18
purchased 26:1
purpose 55:24
purposes 5:18
  80:5
put 16:6, 27:23
putting 48:9

**Q**

question 4:15
  5:14, 9:24
  10:18, 10:21
  18:18, 29:15
  30:17, 32:5
  35:6, 36:1, 37:3
  39:6, 52:19
  52:20, 53:8
  54:24, 78:11
questioning
  57:5
questions 10:12
  10:23, 21:24
  22:3, 52:6, 53:8
  57:7, 74:25
  75:1, 75:4
  78:16, 78:22
quick 9:21, 38:9
  44:14, 60:21
quite 24:20
  39:20, 61:8
quoted 73:24

**R**

rail 37:21
rally 36:11
  42:19, 77:20

77:25
**Ramona** 2:15
  7:12, 11:3
  13:16, 14:8
  19:17, 20:25
  24:4, 31:11
  33:18, 49:5
  50:3, 50:13
  53:12, 72:8
  79:7, 79:14
**ramp** 48:8
**ran** 13:21
**ranch** 11:17
  11:21, 13:23
  14:2, 14:7, 16:3
  19:8, 49:15
  61:21, 61:25
  62:12, 62:17
**ranches** 17:9
  17:11, 21:10
  62:10
**rattled** 34:24
**reached** 30:5
**reaction** 65:11
**read** 21:22
  77:19, 78:8
  80:6, 80:9
  80:14, 82:4
**reading** 25:24
**rearview** 66:24
**reason** 9:11
  83:8
**recall** 30:11
  33:16, 40:10
  50:10, 60:9
  60:11, 73:9
  73:12, 75:15
  77:3, 77:8
**RECEIPT** 83:5
**receive** 74:12
**receiving** 77:3
**recollection**
  36:4, 40:17
  76:6, 76:25
**record** 7:4, 7:6
  8:18, 9:22, 9:24

10:2, 10:6, 10:9
  54:9, 60:25
  61:7, 71:15
  77:1, 81:5
**recording** 58:1
  58:4, 59:18
**redo** 26:23
**reduced** 84:11
**refabricate**
  26:22
**refer** 70:1
  73:24, 77:11
**reference** 5:4
**referenced**
  54:19
**referred** 68:25
**reformed** 33:5
**regular** 16:7
**regularly** 24:23
  24:25
**rel** 1:6
**relates** 52:21
**relative** 84:15
**relevancy** 57:4
**relevant** 57:6
**remember** 22:7
  22:21, 25:19
  32:16, 34:15
  34:18, 35:18
  37:16, 38:1
  38:4, 40:14
  41:6, 41:9
  41:13, 42:23
  43:17, 43:22
  44:11, 44:25
  45:3, 46:12
  50:4, 50:8
  60:13, 72:20
**repair** 28:23
  29:13, 30:6
  30:8
**repaired** 29:20
**rephrase** 10:21
**reporter** 1:20
  3:5, 7:19, 8:6
  16:17, 80:12

80:16, 80:22
  80:25, 81:3
  84:6, 84:19
**Reporter's** 6:10
**Reporting** 1:23
  83:6
**represented**
  57:10
**representing**
  75:12
**require** 20:15
**requirements**
  4:10, 5:3
**respective** 4:3
**response** 25:25
**responses** 23:3
  29:19, 51:24
**restroom** 60:21
**retained** 55:1
  55:15
**retaining** 55:25
**return** 5:5, 83:6
**returned** 5:1
  5:13, 5:20
**review** 21:21
**right** 8:15, 8:20
  9:5, 11:1, 23:7
  24:1, 26:7, 26:8
  26:17, 36:7
  37:6, 37:18
  37:23, 42:6
  44:21, 45:8
  48:12, 48:19
  50:4, 60:17
  61:6, 63:15
  66:16, 67:16
  68:24, 71:6
  71:14, 76:5
  76:22, 77:9
  78:25
**rip** 47:12
**ripped** 45:21
**road** 37:19
  37:22, 38:3
  50:23, 70:4
  70:9

**rodeo** 27:16
  27:22, 61:13
  61:21, 62:17
**rodeos** 27:14
**role** 19:20, 42:2
  44:12
**roll** 43:20, 76:1
**rolled** 43:18
  75:24
**rough** 27:19
**route** 33:17
**row** 57:1
**RPR** 1:20, 84:19
**Rules** 4:10, 5:4
**run** 15:21, 46:21
**running** 46:20
  48:10
**runs** 57:23
**rushed** 47:22
**Ryan** 2:16, 2:16
  2:17, 7:11, 7:11
  76:21, 80:23
  80:24

---

**S**

---

**safety** 1:7, 41:11
  48:25
**sake** 16:17
**sanity** 73:18
**Sapulpa** 2:17
**sat** 38:16, 54:7
  54:11, 54:16
**save** 46:18
**saw** 18:6, 26:11
  29:18, 40:6
  40:15, 45:12
  50:24, 59:18
  61:12, 62:5
  68:19, 75:21
**saying** 41:20
  69:10, 78:10
**scared** 41:7
  47:14, 56:18
  65:3, 65:5, 65:9
**school** 20:22

21:2
**Scott** 2:17, 7:11
**screaming**
  41:17
**scrutinized**
  56:25
**scrutiny** 56:16
**SCULLY** 1:9
**SEAL** 84:16
**searched** 64:15
  64:15, 64:16
  64:16
**seat** 46:1, 46:6
**second** 34:6
  36:25, 51:13
  77:17
**see** 28:13, 32:14
  37:25, 39:12
  61:25, 64:22
  66:24, 73:5
  76:13, 77:12
  77:15
**seeing** 73:9
  75:15
**seeks** 57:5
**seen** 76:23
**self-employed**
  72:5
**sell** 71:9
**sense** 20:17
  33:7, 47:9
  47:13
**separate** 12:3
  51:17, 55:11
**serve** 79:11
**Service** 1:23
  83:6
**set** 3:9, 12:12
**seven** 35:19
**shatter** 49:1
**shattered** 48:21
**Sheet** 6:9
**shop** 28:11
  28:15, 28:24
  29:3
**short** 44:20

61:1
**Shorthand** 3:5
84:6, 84:19
**shortly** 29:25
39:13, 39:23
55:14
**shoving** 44:5
**showed** 38:2
38:5, 38:9
**shut** 41:16
**siblings** 19:10
**side** 40:3, 40:3
41:20, 45:16
71:5, 75:24
**sign** 80:7, 80:9
80:14
**signature** 5:5
**signed** 4:25
5:10, 5:19
**similar** 62:15
**single** 33:17
**sir** 8:15, 22:12
25:11, 25:14
25:17, 26:18
26:21, 26:24
29:12, 30:4
36:15, 61:15
61:17, 62:10
71:7, 72:15
72:20, 73:4
73:15, 76:16
76:25, 77:16
78:3, 78:5
80:10
**sister** 19:12
**sitting** 32:11
34:12, 39:2
39:9, 40:20
42:17, 43:8
77:7
**situated** 13:12
**situation** 42:10
43:1, 56:22
61:24
**six** 35:19
**skip** 47:21

**sleep** 26:17
27:24
**sleeps** 31:24
**slight** 37:17
**slowly** 45:4
52:1
**small** 11:24
**SMOLEN** 2:3
**smooth** 9:20
**somebody** 40:12
**someone's** 63:25
**somewhat** 29:25
42:8
**son** 51:18, 52:15
52:22
**soon** 76:2
**sorry** 20:4, 46:2
47:21, 53:8
59:14, 73:3
76:19
**sounds** 16:5
26:5, 26:5
**source** 74:13
**south** 1:23, 2:3
2:6, 2:19, 33:19
33:22
**Spalding** 1:20
1:23, 3:5, 83:6
84:5, 84:18
84:19
**spaldingreporti...**
1:24
**speak** 53:15
53:20, 74:2
**speaking** 53:25
**specific** 25:1
61:18, 62:4
66:17
**specifically** 29:6
39:25, 64:18
**spelling** 16:18
**spend** 24:6
**spent** 64:14
**spoke** 53:18
60:3
**stand** 4:21

**standing** 41:19
**Starr** 2:19, 2:21
7:9, 7:9, 78:23
81:1, 81:2
**start** 17:17, 23:1
33:22
**started** 17:20
17:25, 18:1
18:3, 32:25
33:2, 41:12
41:23, 41:23
41:25, 42:1
42:14, 45:3
45:11, 45:15
45:23, 45:24
46:9, 46:11
46:22, 49:25
**starts** 77:14
**state** 1:5, 1:8
1:11, 3:6, 7:5
47:4, 82:3
82:13, 82:18
82:22, 84:3
84:6
**stated** 51:23
**statement** 11:16
52:14, 59:10
59:18, 59:22
59:23, 73:21
73:22, 73:25
77:15, 77:19
78:2
**statements**
73:14, 73:25
**STATES** 1:1
**stating** 8:17
**Statutes** 4:10
5:4
**stayed** 38:23
**stenograph**
84:10
**stick** 70:17
**stop** 37:11, 38:4
38:14, 38:17
42:17, 44:19
76:15

**stopped** 34:23
36:8, 37:14
37:23, 37:23
38:13, 39:14
40:7, 42:17
46:16, 46:19
72:23, 75:22
**storm** 56:9
**Street** 2:10, 2:13
**strike** 62:22
**stuff** 20:1, 21:23
23:3, 29:13
44:3
**submission** 5:12
**SUBSCRIBED**
82:16
**substituted** 5:17
**sued** 9:14
**SUGG** 1:9
**Suite** 2:6, 2:10
2:20
**summary** 18:8
**summertime**
27:16, 27:17
**summons** 77:4
**Sumner** 1:17
2:5, 2:18, 2:23
3:1, 4:6, 6:5
7:10, 8:1, 8:3
8:8, 8:19, 8:20
8:22, 11:5, 11:6
11:7, 14:23
15:4, 15:8, 16:2
16:22, 17:7
17:13, 18:10
18:14, 18:15
18:16, 18:22
19:1, 19:14
19:20, 22:16
51:15, 51:15
51:16, 51:20
60:23, 62:7
62:22, 62:24
63:7, 63:13
64:1, 74:10
74:14, 74:21

75:9, 79:6
79:12, 79:13
80:5, 82:3
82:12, 82:19
83:3, 84:7
**Sunday** 24:1
32:19, 33:12
36:13
**super** 20:14
**supervision**
84:12
**support** 65:14
**sure** 9:23, 10:6
10:22, 12:25
15:7, 16:10
20:17, 20:17
22:6, 31:16
32:7, 32:11
34:16, 35:18
36:22, 38:18
40:13, 42:11
42:25, 43:5
44:8, 46:12
50:12, 51:17
52:2, 52:14
53:3, 54:9
56:10, 57:6
57:22, 58:19
58:24, 59:15
60:8, 63:11
65:4, 67:8
67:10, 67:11
68:12, 69:4
70:22, 70:25
71:1, 71:11
71:24
**survived** 56:6
**suspended**
66:11, 66:15
**swarming** 42:1
**swayed** 56:20
**swear** 7:19, 8:6
**sworn** 3:2, 8:11
82:16, 84:8

32

**T**

tag 67:17, 67:20
tagged 67:14
  67:21
take 4:5, 8:22
  10:2, 10:15
  10:16, 15:10
  16:11, 17:10
  18:20, 46:3
  49:3, 49:4
  51:25, 60:21
  75:1
taken 3:2, 4:7
  4:8, 61:1, 84:10
takes 16:13
talk 22:11
  43:14, 43:19
  43:20, 54:7
  59:7, 79:23
talked 21:15
  22:8, 48:12
  49:2, 51:4, 73:1
talking 17:19
  22:1, 25:1, 29:6
  30:25, 43:6
  49:13, 50:2
  50:8, 50:10
  58:13, 60:9
  60:11, 70:11
  70:13, 71:16
team 61:25
  62:3, 62:6
  62:24, 63:4
technology
  22:17
teenage 29:9
tell 10:20, 13:8
  15:7, 15:15
  35:7, 52:12
  58:6, 58:9
  58:10, 64:24
  73:7, 73:8, 84:8
ten 16:23, 25:21
testified 8:11
  9:18, 75:14

75:15, 75:20
  78:1
testifying 4:20
testimony 51:21
  82:8, 84:11
Texas 23:7
  23:11, 23:14
  23:15, 23:16
  23:21
thank 8:7, 47:17
  74:1, 78:6
  80:10, 80:11
thereabouts
  72:10
thing 17:4
  27:21, 36:21
  44:11, 64:5
  64:17
things 9:21
  11:22, 20:13
  56:1, 56:7
  56:11, 67:11
  70:19, 71:12
  72:22
think 7:20
  11:15, 18:6
  18:7, 24:9
  30:15, 35:15
  38:9, 38:16
  38:24, 42:8
  47:16, 52:8
  53:2, 56:14
  56:17, 58:1
  67:21, 68:18
  74:24
thinking 41:10
  46:16, 47:14
  48:1, 73:10
Thomas 1:3, 7:8
thought 36:20
  45:5, 58:15
  61:9
three 68:13
  68:16
three-and-a-half
  22:5, 22:8

threw 46:25
  48:15
throwing 47:2
thrown 47:11
  48:16
Thursday 7:4
  24:10, 31:4
ticketed 65:23
time 4:6, 10:16
  17:23, 24:17
  28:9, 28:11
  28:17, 29:24
  31:16, 33:1
  37:24, 38:24
  40:9, 40:21
  40:25, 42:16
  43:22, 44:20
  44:23, 46:3
  46:21, 49:16
  50:13, 50:15
  50:23, 54:6
  54:16, 55:25
  66:8, 67:14
  67:25, 68:11
  68:19, 69:19
  75:21
times 10:20
  20:13, 20:15
  24:18, 27:3
  27:19, 28:8
  56:15, 56:17
  66:13
tire 45:13, 47:10
title 16:1, 17:1
  17:2, 18:18
  67:9
titled 63:12
  63:13, 63:21
  63:24, 63:25
  64:1, 70:23
today 8:17
  21:17, 22:11
  32:12, 34:13
  56:7, 56:14
  78:1, 79:1
  79:11

today's 80:4
told 42:12
  44:12, 46:2
  46:5, 47:19
  47:19, 47:24
  48:3, 48:5, 48:6
  51:12, 59:21
  59:25, 73:20
  75:25, 75:25
ton 15:16, 28:21
topics 79:20
touch 44:20
  47:13, 55:17
traffic 37:1
  37:5, 39:21
trailer 2:15
  7:12, 25:13
  25:15, 25:15
  25:19, 26:1
  26:12, 26:14
  26:23, 27:1
  27:12, 28:3
  29:14, 29:15
  30:6, 30:9, 31:6
  31:8, 31:12
  31:24, 34:25
  44:3, 48:8, 54:2
  67:7, 67:15
  67:20, 77:22
transcript 5:15
  82:8, 84:13
transcription
  84:12
travel 33:25
  34:14, 35:7
traveled 34:22
  35:23
traveling 33:25
  34:3, 35:3, 35:4
  35:20, 77:20
trial 4:18, 5:2
tried 41:15
trip 7:25, 30:22
trooper 38:2
  39:12, 44:9
  44:21, 51:5

51:9, 58:7
  72:25, 75:23
  76:8
troopers 77:21
truck 25:10
  28:5, 28:10
  28:12, 28:14
  28:15, 28:18
  28:24, 30:12
  30:14, 31:1
  31:5, 42:1, 44:2
  45:11, 45:16
  45:17, 45:17
  45:25, 46:14
  46:15, 46:17
  47:3, 48:1, 54:2
  63:16, 63:19
  67:24, 69:4
  70:8, 77:22
trucks 29:2
  29:5, 70:19
  70:22
true 76:3, 78:2
  82:7, 84:13
truth 84:8, 84:8
  84:8
try 9:23, 10:10
  10:11, 44:13
  47:4, 76:2
trying 10:5
  27:10, 30:6
  44:3, 45:4
  45:19, 45:22
  46:8, 46:9
  46:17, 47:12
  47:15, 49:24
  58:3
Tulsa 1:10, 1:12
  1:24, 2:4, 2:7
  2:10, 2:11, 2:20
  7:17, 33:22
  34:4, 36:14
  37:1, 60:4, 73:5
  73:10, 83:6
  84:4
turn 33:17, 78:7

turned 66:6
66:9
turning 56:23
TV 61:25
twice 25:6
two 29:9, 62:10
68:13, 68:15
69:3
type 44:4
types 74:18

**U**

Uh-huh 13:18
38:11, 58:8
undersigned
82:17
understand
10:23, 43:10
52:5
understanding
11:13, 23:4
25:9
uniform 40:12
UNITED 1:1
Unofficially
16:3
unsigned 5:17
upfront 57:19
use 27:14, 28:4
28:7, 29:11
60:20, 63:9
63:18
Utica 1:23, 83:6

**V**

vague 37:3
54:24
Valley 20:23
vehicle 23:10
34:6, 35:11
35:11, 35:18
40:1, 40:4
47:22, 70:3
75:23, 76:9

vehicles 31:14
31:17, 33:24
35:19, 35:22
63:8, 63:9
66:20, 68:10
69:3, 69:16
69:17, 69:21
69:22, 70:3
verbally 10:3
versus 51:19
VIDEO 1:16
Videographer
2:23, 7:3, 7:18
8:5, 60:24, 61:2
81:4
violations 66:3
voluntarily
73:23
vs 1:4

**W**

waiting 39:9
waived 44:24
waives 44:17
waiving 51:22
Walcher 2:8
7:22, 7:23, 7:25
30:20, 65:19
65:25, 74:15
80:15
walk 39:24
44:15, 44:24
walked 39:18
39:22, 40:1
40:2, 75:23
76:10
want 9:4, 10:21
16:6, 16:25
21:14, 27:9
36:12, 41:21
42:20, 43:4
47:4, 51:25
56:9, 72:21
74:1, 79:23
80:13, 80:17

80:20
wanted 53:3
57:1, 58:23
59:15, 75:13
wants 75:1
Warren 2:4, 6:6
7:7, 7:7, 7:20
8:14, 8:16, 8:25
22:18, 22:23
22:24, 30:18
30:23, 36:2
36:22, 36:24
37:6, 39:8
39:24, 52:2
52:4, 52:24
53:2, 53:6
53:10, 55:2
55:3, 57:9
59:12, 59:14
59:17, 60:19
61:5, 65:23
66:4, 69:18
69:23, 69:25
74:4, 74:5
74:20, 74:24
75:5, 78:4
78:13, 79:10
79:15, 79:19
80:3
Washington
15:13, 20:18
21:5, 21:8
62:12, 62:13
water 47:1, 47:2
wave 43:14
waved 45:6
way 19:5, 32:24
43:8, 46:11
46:18, 48:23
56:20, 56:21
60:8, 71:3, 71:3
76:11
ways 56:10
we've 24:17
31:13, 31:16
47:17, 65:14

75:5
weapons 45:12
wear 8:24
week 22:17
weekday 33:10
weekend 33:5
weekends 11:8
weeks 31:1
weird 33:9, 37:7
WENDELL
1:10
went 17:9, 17:17
21:9, 21:23
24:12, 36:4
36:6, 45:23
46:15, 50:22
50:25
west 76:12
Whitmire 62:8
62:9, 62:11
wife 11:5, 14:11
23:12, 29:8
31:15, 32:8
38:21, 41:6
43:19, 44:8
47:22, 50:4
59:7, 65:3, 65:9
67:8, 68:21
72:3
wife's 40:3
41:19, 73:2
73:3, 73:18
75:24
Wilson 2:6, 3:7
window 34:24
36:9, 43:13
43:20, 47:11
48:16, 48:18
48:19, 73:1
73:2, 73:3
75:25
windows 43:18
43:22, 43:25
44:12, 76:1
windshield 47:1
wintertime

27:17
wise 71:19
wish 78:22
witness 3:2
4:19, 4:21, 5:13
5:20, 8:6, 8:9
9:15, 37:4
39:18, 51:20
65:21, 66:2
74:17, 75:4
78:5, 78:14
78:17, 78:20
78:22, 80:8
80:11, 82:18
84:7, 84:7
84:16
woke 21:22
words 16:6
44:5, 74:2, 80:6
work 13:10
16:7, 16:7, 17:6
18:15, 21:9
56:12, 63:9
63:19, 72:4
75:10
worked 16:21
17:11
working 9:13
17:7, 17:14
17:17, 18:2
works 16:13
19:4, 19:24
world 56:7
56:14
worth 64:15
wow 24:20
38:20, 49:2
write 59:22
59:25
written 59:10
59:17
wrong 56:5
64:25
wrote 21:23

34

| Y | 11:36 61:3 | 3 | 74120 2:4 |
|---|---|---|---|
| | 11:58 81:5 | | 75 6:7 |
| yeah 20:9, 24:8 | 1-15 1:11 | 3 1:9, 6:4 | |
| 24:21, 25:23 | 13 9:10 | 30 5:12, 38:19 | 8 |
| 26:6, 29:8 | 15 68:19 | 39:3, 39:10 | |
| 34:14, 34:19 | 153 1:23, 83:6 | 40:21 | 8 1:13, 6:6 |
| 42:6, 42:23 | 16 66:6, 66:9 | 30-minute 38:25 | 82 6:8 |
| 43:4, 49:14 | 1611 1:23, 83:6 | 39:6 | 83 6:9 |
| 52:24, 58:17 | 16-30 1:12 | 30th 30:25 | 84 6:10 |
| 59:2, 60:13 | 1717 2:6 | 31 84:20 | |
| 61:24, 64:4 | 175 2:10 | 313 2:13 | 9 |
| 69:13, 73:18 | 18 1:19, 83:4 | 31st 23:5, 23:25 | |
| 79:15, 80:3 | 84:11 | 27:1, 28:4 | 9 78:7 |
| 80:18, 80:19 | 1800 2:19 | 28:18, 29:18 | 918 1:25 |
| year 13:19 | 18th 3:3, 7:4 | 30:13, 30:24 | 918-698-6299 |
| 13:24, 14:7 | 1st 84:16 | 53:11, 55:14 | 72:13 |
| 20:14, 20:15 | | 57:11, 72:12 | |
| 25:4, 25:6, 25:7 | 2 | | |
| 25:22 | | 4 | |
| years 9:10 | 2 1:9, 6:3, 76:18 | | |
| 16:23, 22:5 | 77:2 | 4 1:10 | |
| 22:9, 31:17 | 200 2:6 | 4:22-cv-00069-... | |
| 33:1 | 2011 28:21 | 1:5 | |
| yelling 43:12 | 31:15, 68:22 | 45 49:7, 50:2 | |
| you-all 8:7 | 2019 26:1 | 47 78:8, 78:11 | |
| younger 67:4 | 2020 23:5, 23:25 | | |
| youngest 11:6 | 27:1, 28:4 | 5 | |
| 63:3 | 28:18, 30:13 | | |
| | 30:24, 30:25 | 5 1:10 | |
| Z | 53:11, 55:15 | 550 2:20 | |
| | 57:11, 68:9 | | |
| Z-i-b-e-l-l 16:20 | 72:12 | 6 | |
| Zibell 16:16 | 2022 51:24 | | |
| 19:24 | 2024 1:19, 3:4 | 6 1:11 | |
| Zoom 2:8 | 7:5, 82:20, 83:4 | 611 2:3 | |
| | 84:11, 84:17 | 685 2:10 | |
| 0 | 84:20 | | |
| | 21st 2:13 | 7 | |
| 01750 3:6, 84:20 | 24/7 16:9 | | |
| | 25 24:19, 25:25 | 7 1:12, 77:18 | |
| 1 | 38:19, 40:21 | 727 2:16 | |
| | 284-2017 1:25 | 73105 2:14 | |
| 1 1:3, 1:5, 77:14 | 2nd 2:10 | 74066 2:17 | |
| 10:23 7:4 | | 74103 2:11 | |
| 100 10:18, 32:25 | | 74104 1:24, 83:7 | |
| 11:20 60:25 | | 74119 2:7, 2:20 | |